**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____    Chapter     **7**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BrightLeaf Homes LLC** |

| | |
|---|---|
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-1453110** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **15 Spinning Wheel Rd., Ste. 124**<br>**Hinsdale, IL 60521** | **Attn: Scott Sanders**<br>**313 Burkhardt Ct.**<br>**Forest Park, IL 60130** |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **DuPage** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **www.brightleafhomes.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **BrightLeaf Homes LLC** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

　　2361

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 04/01/25 and every 3 years after that).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D) and it chooses to proceed under Subchapter V of Chapter 11.

　　☐ A plan is being filed with this petition.

　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

Debtor   **BrightLeaf Homes LLC**                                    Case number (*if known*) _____
_____
Name

| List all cases. If more than 1, attach a separate list | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11.** **Why is the case filed in *this district?*** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

       Contact name _____

       Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**   .   *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **BrightLeaf Homes LLC** | Case number (*if known*) |
|---|---|---|
| | Name | |

---

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **May 11, 2022**
MM / DD / YYYY

X **/s/ Scott Sanders**
Signature of authorized representative of debtor

**Scott Sanders**
Printed name

Title    **Manager**

---

**18. Signature of attorney**

X **/s/ Jonathan P. Friedland**
Signature of attorney for debtor

Date **May 11, 2022**
MM / DD / YYYY

**Jonathan P. Friedland**
Printed name

**Sugar Felsenthal Grais & Helsinger LLP**
Firm name

**30 N. LaSalle St.
Suite 3000
Chicago, IL 60602**
Number, Street, City, State & ZIP Code

Contact phone **(312) 704-9400**    Email address **jfriedland@sfgh.com**

**6257902 IL**
Bar number and State

### Written Consent of Members & Manager in Lieu of Meeting for BrightLeaf Homes LLC

The undersigned, respectively being all of the members and the manager of **BrightLeaf Homes, LLC**, an Illinois manager-managed limited liability company authorized to issue series (the "***Company***," or the "***Debtor***"), under applicable provisions of the Illinois Liability Company Act, the Company's Articles of Organization and Operating Agreement, hereby approve, consent, and adopt the following written consent as of May 5, 2022:

**Whereas**, the Company's members and manager have decided to engage in a liquidation of the Company's assets.

**Whereas**, in the judgment of the members and its manager, Scott Sanders (the "***Manager***"), it is in the best interests of the Company, its creditors, members, and other interested parties that the Company liquidate under Chapter 7 of Title 11 of the United States Code (the "***Bankruptcy Code***").

**It is now, therefore:**

**Resolved,** that in the judgment of the members and the Manager, it is in the best interests of the Company, its creditors, members, and other interested parties that the Company file a voluntary bankruptcy petition for relief under Chapter 7 of the Bankruptcy Code (the "***Bankruptcy Case***") in the United States Bankruptcy Court for the Northern District of Illinois.

**Resolved,** that the Manager is authorized to execute all documents necessary to administer the Bankruptcy Case on the Company's behalf, including without limitation: petitions, affidavits, declarations, schedules, motions, lists, applications, pleadings, asset purchase agreements, bills of sale, certificates, guaranties, pledges, mortgages, security instruments, and other documents.

### [Signature page follows]

SFGH:4871-4058-3710v1

**In Witness Whereof**, the undersigned have executed these resolutions as the members and the manager of **BrightLeaf Homes LLC,** as of the date first written above.

**Manager**

Scott Sanders

By: _____

**Member**

Scott Sanders

By: _____

**Member**

Alex Thompson

By: _____

**Member**

Richard Thompson

By: _____

2

**Fill in this information to identify the case:**

Debtor name   **BrightLeaf Homes LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 11, 2022**               X **/s/ Scott Sanders**   *Scott Sanders*
                                             Signature of individual signing on behalf of debtor

                                             **Scott Sanders**
                                             Printed name

                                             **Manager**
                                             Position or relationship to debtor

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BrightLeaf Homes LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

Part 1:    **Summary of Assets**

---

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................................    $            0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*.............................................................................................    $         69,892.38

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*...............................................................................................    $         69,892.38

---

Part 2:    **Summary of Liabilities**

---

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $         21,242.85

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $          4,400.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$      4,477,403.80

4.    **Total liabilities** ............................................................................................................................
   Lines 2 + 3a + 3b

   $      4,503,046.65

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BrightLeaf Homes LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)*  _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest.
Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties
which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts
or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write
the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an
additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset
schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the
debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$74.00** |

| 3. | **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
|---|---|---|---|---|
| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1. | **Hinsdale Bank & Trust Company, N.A.** | **Business checking** | **2000** | **$0.00** |

| 4. | **Other cash equivalents** *(Identify all)* | |
|---|---|---|

| 5. | **Total of Part 1.** | **$74.00** |
|---|---|---|
| | Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

| 7. | **Deposits, including security deposits and utility deposits** | |
|---|---|---|
| | Description, including name of holder of deposit | |
| 7.1. | **Security deposit for office lease at 15 Spinning Wheel Rd., Hinsdale, IL 60521** | **$3,048.38** |
| 7.2. | **Retainer with attorney Jonathan Weis, Levin Ginsburg** | **$2,450.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor   **BrightLeaf Homes LLC**                                    Case number *(If known)* _____
Name

7.3.   **Retainer with Mastrodonato and Associates (tax advisor)**                                    $4,000.00

---

8.     **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
       Description, including name of holder of prepayment

9.     **Total of Part 2.**                                                                      $9,498.38

       Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   **Accounts receivable**

10.   **Does the debtor have any accounts receivable?**

   ☐ No.  Go to Part 4.
   ■ Yes Fill in the information below.

11.    **Accounts receivable**

       11a. 90 days old or less:          21,855.00        -           0.00        = ....          $21,855.00

                               face amount                      doubtful or uncollectible accounts

       11b. Over 90 days old:              2,400.00        -           0.00        =....          $2,400.00

                               face amount                      doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                     $24,255.00

       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   **Investments**

13.   **Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ■ Yes Fill in the information below.

|  | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** <br> Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** <br> Name of entity: | % of ownership | |
| 15.1. | **Grossdale Properties LLC, owned through** <br> **BrightLeaf Homes Rossetti Series LLC** | 25 % | Unknown |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1** <br> Describe: | | |

17.    **Total of Part 4.**                                                                      $0.00

       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**   **Inventory, excluding agriculture assets**

18.   **Does the debtor own any inventory (excluding agriculture assets)?**

   ■ No.  Go to Part 6.

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property              page 2

| Debtor | **BrightLeaf Homes LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **14 office chairs; 13 office stools; 17 computer monitors; 7 laptop computers; 5 desktop computers; 6 TV screens; 3 office tables; 13 butcher block work stations; 14 office storage shelving units** | **$0.00** | | **Unknown** |

40.  **Office fixtures**

41.  **Office equipment, including all computer equipment and communication systems equipment and software**

42.  **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**        **$0.00**
Add lines 39 through 42.  Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.  **2017 Toyota Rav 4** **VIN: 2T3BFREV0HW594371** | **Unknown** | **KBB trade-in** | **$17,503.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BrightLeaf Homes LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 47.2. | **2010 Toyota Tacoma Pickup Truck**<br>VIN: 3TMMU4FN5AM021408 | **Unknown**  **KBB trade-in** | **$9,421.00** |
| 47.3. | **2012 BMW 535**<br>VIN: WBAFU7C54CDU59167 | **Unknown**  **KBB trade-in** | **$9,141.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$36,065.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **15 Spinning Wheel Road LLC**<br>**Location: 15 Spinning Wheel Rd., Hinsdale, IL 60521** | **Office lease** | **$0.00** | | **$0.00** |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$0.00

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **BrightLeaf Homes LLC** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 10:      Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** **Service mark for "Brightleaf"** **USPTO registraton 5,967,069** | **Unknown** | | **Unknown** |
| 61.   **Internet domain names and websites** **www.brightleafhomes.com;** **www.mybrightleafhome.com;** **www.brightleafos.com;** **www.buildinwesternsprings.com;** **www.chicagocustombuilder.com;** **www.chicagocustomhomebuilder.com** | **Unknown** | | **Unknown** |
| 62.   **Licenses, franchises, and royalties** | | | |
| 63.   **Customer lists, mailing lists, or other compilations** **Customer list** | **$0.00** | | **Unknown** |
| 64.   **Other intangibles, or intellectual property** | | | |
| 65.   **Goodwill** | | | |

66.   **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$0.00** |

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
☐ No
■ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
■ No
☐ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 11:      All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Debtor    **BrightLeaf Homes LLC**                                   Case number *(If known)* _____
Name

|  | | Current value of debtor's interest |
|---|---|---|

71.     **Notes receivable**
Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.     **Interests in insurance policies or annuities**
**Peleus Insurance Co.**
**Professional liability & cyber insurance**
**Burns & Wilcox Ltd. (agent)**                                                    $0.00

**Pekin Insurance Co.**
**CGL, auto, workers comp, employers liability**
**Zeiler Ins. Co. (agent)**                                                         $0.00

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**                                                      $0.00

Add lines 71 through 77. Copy the total to line 90.

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | **BrightLeaf Homes LLC** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $74.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $9,498.38 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $24,255.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $36,065.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $69,892.38 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $69,892.38 |

**Fill in this information to identify the case:**

Debtor name    **BrightLeaf Homes LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | Amount of claim | Value of collateral that supports this claim |
| | | Do not deduct the value of collateral. | |

| 2.1 | **Hinsdale Bank** | Describe debtor's property that is subject to a lien | **$1,615.00** | **$9,141.00** |
|---|---|---|---|---|
| | Creditor's Name | **2012 BMW 535**<br>**VIN: WBAFU7C54CDU59167** | | |
| | **25 E 1st St**<br>**Hinsdale, IL 60521** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |
| | ■ No | ☐ Contingent | | |
| | ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | | ☐ Disputed | | |

| 2.2 | **Hinsdale Management Corp.** | Describe debtor's property that is subject to a lien | $6,687.26 | $3,048.38 |
|---|---|---|---|---|
| | Creditor's Name | **Security deposit for office lease at 15 Spinning Wheel Rd., Hinsdale, IL 60521** | | |
| | **21 Spinning Wheel Road**<br>**Hinsdale, IL 60521** | | | |
| | Creditor's mailing address | Describe the lien | | |
| | | Is the creditor an insider or related party? | | |
| | Creditor's email address, if known | ■ No | | |
| | | ☐ Yes | | |
| | | Is anyone else liable on this claim? | | |
| | **Date debt was incurred** | ■ No | | |
| | | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |
| | **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **BrightLeaf Homes LLC**
_____    Case number (if known) _____
Name

☑ No
☐ Yes. Specify each creditor,    ☐ Contingent
including this creditor and its relative    ☐ Unliquidated
priority.    ☐ Disputed
_____

| 2.3 | **Toyota Financial Services** | Describe debtor's property that is subject to a lien | $12,940.59 | $17,503.00 |

Creditor's Name

**PO Box 5855**
**Carol Stream, IL 60197**

Describe debtor's property that is subject to a lien
**2017 Toyota Rav 4**
VIN: 2T3BFREV0HW594371

Creditor's mailing address

Describe the lien
**Vehicle loan**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

3.    Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $21,242.85

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **BrightLeaf Homes LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown**     **Unknown** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Payroll taxes** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |
| **2.2** | Priority creditor's name and mailing address<br>**IDES**<br>**Benefit Payment Control Division**<br>**PO Box 4385**<br>**Chicago, IL 60680** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00**     **$0.00** |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| Debtor | **BrightLeaf Homes LLC** | | | | |
|---|---|---|---|---|---|
| | Name | | Case number (*if known*) | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,400.00 | $0.00 |
|---|---|---|---|---|

**Illinois Department of Revenue**
**Bankruptcy Unit**
**PO Box 19035**
**Springfield, IL 62794-9035**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employee withholdings**
**To be paid by payroll provider**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,087.15 |
|---|---|---|---|

**ABT Appliances**
**Attn Mark Fijalkiewicz**
**1200 N Milwaukee Ave**
**Glenview, IL 60025**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $439.00 |
|---|---|---|---|

**Air Care Services Inc**
**1504 Ogden Ave**
**Lisle, IL 60532**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,720.00 |
|---|---|---|---|

**All Concrete Chicago**
**Attn Eder Martinez Colucci**
**9714 Industrial Dr**
**Bridgeview, IL 60455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,759.00 |
|---|---|---|---|

**American Express**
**P.O. Box 981535**
**El Paso, TX 79998-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** **1003**

Basis for the claim: **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35,000.00 |
|---|---|---|---|

**Andrew Lauer**
**311 Burkhardt Ct**
**Forest Park, IL 60130**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **BrightLeaf Homes LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$315,000.00** |
|---|---|---|---|

**Anthony & Linda Muscolino**
**1114 Stone Ave**
**La Grange, IL 60525**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,340.00** |
|---|---|---|---|

**Authentic Glass & Mirror Inc.**
**308 Oak Ridge Ave**
**Hillside, IL 60162**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,990.00** |
|---|---|---|---|

**BlueEarth Deconstruction**
**Attn Steve Filyo**
**PO Box 48**
**St. Charles, IL 60175**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,437.60** |
|---|---|---|---|

**Brisko Electric**
**Attn Don Brisko**
**8631 Ogden Ave**
**Lyons, IL 60534**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,000.00** |
|---|---|---|---|

**Builder Funnel, LLC**
**1586 S 21st St**
**Colorado Springs, CO 80904**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00** |
|---|---|---|---|

**Builder Services Group Inc DBA CJ Insula**
**Attn Dan Minglin**
**305 Boombah Boulevard**
**Yorkville, IL 60560**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$48,619.00** |
|---|---|---|---|

**CapitalOne**
**Attn: Bankruptcy**
**P.O. Box 30285**
**Salt Lake City, UT 84130-0285**

Date(s) debt was incurred _

Last 4 digits of account number  **1387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BrightLeaf Homes LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$83,708.14** |
|---|---|---|---|

**Carden Group Inc. dba Style Exterior**
**4905 W 95th St.**
**Oak Lawn, IL 60453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,196.59** |
|---|---|---|---|

**Carlisle wide plank floors**
**Attn Keara Miller**
**1676 Route 9**
**Stoddard, NH 03464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00** |
|---|---|---|---|

**Carol Specht**
**11795 Seagull Ln**
**Palos Heights, IL 60463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,916.72** |
|---|---|---|---|

**CC Wagner Lumber Company**
**6401 S Archer Rd**
**Summit Argo, IL 60501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$92,267.67** |
|---|---|---|---|

**Centurion Plumbing Co.**
**10340 W Belden Ave, unit A**
**Melrose Park, IL 60164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.02** |
|---|---|---|---|

**Century Blueprint**
**905 Hillgrove Ave Unit 12**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,156.00** |
|---|---|---|---|

**CGO Construction**
**Attn Omar**
**312 Clark St**
**Aurora, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BrightLeaf Homes LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,317.00**

**Chase**
P.O. Box 15298
Wilmington, DE 19850-5298

Date(s) debt was incurred _

Last 4 digits of account number  **5892**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,571.00**

**Chase**
P.O. Box 15298
Wilmington, DE 19850-5298

Date(s) debt was incurred _

Last 4 digits of account number  **6035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,213.77**

**City of Naperville**
400 S Eagle St
Naperville, IL 60540

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$309.50**

**Comcast**
1701 JFK Boulevard
Philadelphia, PA 19103

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$431.89**

**ComEd**
PO Box 6111
Carol Stream, IL 60197

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Consolidated Garage Doors**
1870 Suncast Lane
Batavia, IL 60510

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,000.00**

**Cook Architectural Design Studio**
Attn Charles Cook
150 North Wacker Drive, Suite 2360
Chicago, IL 60606

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BrightLeaf Homes LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00** |
|---|---|---|---|

**Corral G Construction**
**Attn Alex**
**20615 Bunker Hill Rd**
**Marengo, IL 60152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt - settlement**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,729.72** |
|---|---|---|---|

**Creative Millwork, LLC.**
**Attn Richard Behles**
**3700 Illinois Avenue St. C**
**St. Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,200.00** |
|---|---|---|---|

**CVP Installations LLC**
**Attn Carlos Perez**
**121 Airport Drive Unit C**
**Joliet, IL 69435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,926.00** |
|---|---|---|---|

**D & P Construction Co., Inc.**
**5521 N Cumberland Ave**
**Chicago, IL 60656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,350,000.00** |
|---|---|---|---|

**Dan Ericson**
**1747 Dunbarton Lane**
**Belvidere, IL 61008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$23,433.50** |
|---|---|---|---|

**Dann Dolce Painting Co.**
**245 S Brewster Ave**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,000.00** |
|---|---|---|---|

**Design Right Renovation, INC.**
**217 Pawtucket Ave.**
**Elgin, IL 60124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **BrightLeaf Homes LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26,958.00** |
|---|---|---|---|

**Discover**
PO Box 6103
Carol Stream, IL 60197

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **6964**

Basis for the claim:  **Credit card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$981.75** |
|---|---|---|---|

**Donegal Services, LLC**
13011 Grant Rd
Lemont, IL 60439

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00** |
|---|---|---|---|

**Donovan Construction**
Attn Kevin Droz
17312 South Parker Rd
Homer Glen, IL 60491

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$300.00** |
|---|---|---|---|

**DuPage County Building and Permit Depart**
421 N. County Farm Rd.
Wheaton, IL 60187

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,700.00** |
|---|---|---|---|

**Engineering Resource Associates**
3s701 West Av
Warrenville, IL 60555

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60,000.00** |
|---|---|---|---|

**Eric Canada**
1706 S Thompson Dr.
Wheaton, IL 60189

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,646.00** |
|---|---|---|---|

**Euroview**
Attn Taylor Tow
342 W Carol Ln
Elmhurst, IL 60126

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | BrightLeaf Homes LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |
|---|---|---|---|
| | **Excel Drywall Inc.** | ☐ Contingent | |
| | **16310 Riverwood Dr** | ☐ Unliquidated | |
| | **Plainfield, IL 60586** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,220.00 |
|---|---|---|---|
| | **Family Landscaping & Treewerks, Inc.** | ☐ Contingent | |
| | **3S430 Illinois Route 59   Unit B** | ☐ Unliquidated | |
| | **Naperville, IL 60563** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $58,804.03 |
|---|---|---|---|
| | **Ferguson Enterprises, Inc.** | ☐ Contingent | |
| | **884 S Rohlwing Rd** | ☐ Unliquidated | |
| | **Addison, IL 60101** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $600.00 |
|---|---|---|---|
| | **Fis Exteriors, Inc.** | ☐ Contingent | |
| | **2014 Bristol Ct.** | ☐ Unliquidated | |
| | **Naperville, IL 60565** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,724.10 |
|---|---|---|---|
| | **Flood Brothers Disposal & Recycling Seri** | ☐ Contingent | |
| | **17 W 697 Butterfield Rd Suite E** | ☐ Unliquidated | |
| | **Oakbrook Terrace, IL 60181** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,723.57 |
|---|---|---|---|
| | **Floor and Decor** | ☐ Contingent | |
| | **PO Box 1036** | ☐ Unliquidated | |
| | **Charlotte, NC 28201-1036** | ☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,950.00 |
|---|---|---|---|
| | **Haeger Engineering** | ☐ Contingent | |
| | **Attn Michael Anderson** | ☐ Unliquidated | |
| | **100 East State Parkway** | ☐ Disputed | |
| | **Schaumburg, IL 60173** | | |
| | Date(s) debt was incurred _ | Basis for the claim:  __Trade debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **BrightLeaf Homes LLC**                                   Case number (if known)
_____
Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Herring, Sean and Kim**
**915 Monroe Ave.**
**River Forest, IL 60305**

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Lawsuit, case 2022L003735, Cook Co., Ill.**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,406.00** |
|---|---|---|---|

**Imperial Service Systems, Inc.**
**Attn Sarah Rook**
**200 W. 22nd Street * Suite 201***
**Lombard, IL 60148**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,450.00** |
|---|---|---|---|

**Insight Property Services**
**Attn Joe Konopacki**
**115 East Ogden Ave. Suite 117-128**
**Naperville, IL 60563**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$5,952.84** |
|---|---|---|---|

**JCS Facility Services**
**Attn Carlos Saavedra**
**1125 W Van Buren #1306**
**Chicago, IL 60607**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,742.50** |
|---|---|---|---|

**K&K Well Drilling**
**Attn Ken Knierim**
**11900 Route 47**
**Morris, IL 60450**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$50,000.00** |
|---|---|---|---|

**Karen Tiburtini**
**2S511 Kiowa Dr**
**Wheaton, IL 60189**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$30,000.00** |
|---|---|---|---|

**Ken Ramage**
**1446 Clinton**
**Berwyn, IL 60402**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **BrightLeaf Homes LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,000.00** |
| --- | --- | --- | --- |

**Kozina Remodeling**
**Attn Jan Kozina**
**5221 S Normandy**
**Chicago, IL 60638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
| --- | --- | --- | --- |

**Kristen Goodman**
**88 N Park Rd**
**La Grange, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,321.79** |
| --- | --- | --- | --- |

**Lee Vlcek**
**7526 Comstock Ln**
**Darien, IL 60561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,322.00** |
| --- | --- | --- | --- |

**Lee Vlcek**
**7526 Comstock Ln**
**Darien, IL 60561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$285.00** |
| --- | --- | --- | --- |

**Majestic Distributing Company, Inc.**
**1255 Bowes Road**
**Elgin, IL 60123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$552.05** |
| --- | --- | --- | --- |

**Marco Technologies LLC**
**PO Box 790448**
**St. Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
| --- | --- | --- | --- |

**Maria & Casey Onesta-Moran**
**3623 Rosemear Ave**
**Brookfield, IL 60513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BrightLeaf Homes LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120,750.00** |
|---|---|---|---|

**Marissa Tiburtini**
**2S511 Kiowa Dr**
**Wheaton, IL 60189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$30,000.00** |
|---|---|---|---|

**Martin & Jeanette Vlcek**
**7526 Comstock Ln**
**Darien, IL 60561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,000.00** |
|---|---|---|---|

**Mary Jo Buffo**
**503 Grove Ln**
**Forest Park, IL 60130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,000.00** |
|---|---|---|---|

**Mary McDonald**
**15224 Atwood Lane**
**Crosby, TX 77532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |
|---|---|---|---|

**MG2A**
**Attn Joel Greer**
**240 N Industrial Dr**
**Bradley, IL 60915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00** |
|---|---|---|---|

**Michael Tiburtini**
**2S511 Kiowa Dr**
**Wheaton, IL 60189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Unsecured loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$452.70** |
|---|---|---|---|

**Mid American Water, Inc.**
**Attn Brandon**
**1500 E. Mountain**
**Aurora, IL 60505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | BrightLeaf Homes LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.69** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$68,000.00**

MODIMBY LLC
313 Burkhardt Ct
Forest Park, IL 60130

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$909.27**

Naperville Construction Fence Rental LLC
PO Box 5003
Oakbrook, IL 60523

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$110,000.00**

Nick Campione
9012 Thomas Ave
Bridgeview, IL 60455

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,110.96**

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00**

Nova Fire Protection Inc.
Attn Kim Prusa
1530 N. Wiley Rd
Schaumburg, IL 60173

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,250.00**

One Time Irrigation INC
Attn Jan Zmuda
10150 Virginia Avenue Unit H
Chicago Ridge, IL 60415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,093.21**

Peoples Gas
200 East Randolph St 20th FL
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor   **BrightLeaf Homes LLC**

Name

Case number (if known)

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,632.11 |

**Premium Decking Supply**
**Attn Sean**
**23838 W Industrial Dr N**
**Plainfield, IL 60585**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $755.00 |

**Radon Professional Services, LLC**
**PO Box 542**
**Berwyn, IL 60402**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,246.13 |

**Restoration Hardware**
**15 Koch Road**
**Corte Madera, CA 94925**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |

**Rick Riggio**
**8602 Thistlewood Ct.**
**Darien, IL 60561**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unsecured loan__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,500.00 |

**RJ Kielion Plumbing & Heating Co.**
**823 Blaine St**
**Batavia, IL 60510**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $447,775.00 |

**Rob & Kristine Hocking**
**4936 Montgomery Ave**
**Downers Grove, IL 60515**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Unsecured loan__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,301.89 |

**Rogers Flooring**
**Attn Bryan**
**1987 Franciscan Way**
**West Chicago, IL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Trade debt__

Date(s) debt was incurred _
Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **BrightLeaf Homes LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$46,350.00** |
|---|---|---|---|

**Sandra Sanders**
**7912 W 101 PL**
**Palos Hills, IL 60465**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$108,679.81** |
|---|---|---|---|

**Schilling Brothers Lumber & Hardware, In**
**Attn Ryan Schneider**
**8900 Wicker Avenue**
**Saint John, IN 46373**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$405,257.00** |
|---|---|---|---|

**Scott Sanders**
**313 Burkhardt Ct**
**Forest Park, IL 60130**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Unsecured loan**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$120.45** |
|---|---|---|---|

**Service Sanitation**
**135 Blaine St**
**Gary, IN 46406**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,096.33** |
|---|---|---|---|

**Sierra Pacific**
**2445 E Higgins Rd**
**Elk Grove Village, IL 60007**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,700.00** |
|---|---|---|---|

**Soil & Material Consultants Inc**
**8 WestCollege Drive Suite C**
**Arlington Heights, IL 60004**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Stan's Flooring Inc**
**7508 West 85th Place**
**Bridgeview, IL 60455**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade debt**

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **BrightLeaf Homes LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$71,203.74** |
|---|---|---|---|

**Starved Rock Wood Products**
**Attn Derek Richey**
**1501 Washington Street**
**Mendota, IL 61342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$23,999.40** |
|---|---|---|---|

**Sterne Construction Group, LLC**
**Attn Skip Sterne**
**1879 N Neltnor Blvd #248**
**West Chicago, IL 60185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,630.00** |
|---|---|---|---|

**Suarez Fence**
**1574 Sunflower Dr**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Sullivan & Associates**
**Attn Kenneth M Sullivan**
**120 S LaSalle St**
**Suite 1530**
**Chicago, IL 60603**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Contract dispute regarding project at 444 Eola, Aurora, IL

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,334.46** |
|---|---|---|---|

**Surface Werks Inc**
**1023 Cernan Dr**
**Bellwood, IL 60104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,415.00** |
|---|---|---|---|

**The Carpet Group**
**2138 West Walnut St**
**Chicago, IL 60612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$31,086.58** |
|---|---|---|---|

**The Loerop Corporation**
**dba Tulip Tree Landscaping**
**Attn Matt Loerop**
**3148 Prairie Ave**
**Brookfield, IL 60513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  Trade debt - settlement

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **BrightLeaf Homes LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.97 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,930.10** |
|---|---|---|---|

**The Tile Shop**
**72 Countryside Plaza**
**Countryside, IL 60525**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,700.00** |
|---|---|---|---|

**Thermopol Mechanical**
**Attn Ziggy Staszel**
**6101 W 79th St**
**Burbank, IL 60459**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,607.56** |
|---|---|---|---|

**ThreeSixtyChicago Media**
**60 E Monroe St #1603**
**Chicago, IL 60603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,607.65** |
|---|---|---|---|

**Time Savers, Inc.**
**725 Kimberly Dr**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$260.00** |
|---|---|---|---|

**Troglia Kaplan LLC**
**1765 N Elston Ave**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.102 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,140.50** |
|---|---|---|---|

**UControlt Inc.**
**14409 W Edison, unit i**
**New Lenox, IL 60451**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,287.20** |
|---|---|---|---|

**United Rent A Fence Inc.**
**1500 West Fullerton Ave.**
**Addison, IL 60101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:**  **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **BrightLeaf Homes LLC**                                    Case number (if known)
_____
Name

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,600.00 |

**United Survey Service LLC**
**7710 Central**
**River Forest, IL 60305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $100.06 |

**Village of River Forest**
**400 Park Avenue**
**River Forest, IL 60305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,450.00 |

**Village of Western Springs**
**740 Hillgrove Ave**
**Western Springs, IL 60558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,345.00 |

**Visual Fizz**
**444 N Michigan Ave**
**#1200**
**Chicago, IL 60611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,272.44 |

**Windfree Wind and Solar Energy Design Co**
**Attn Doug Snower**
**5022 W Foster Ave**
**Chicago, Il 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,622.00 |

**YHVH Construction Inc.**
**Attn Carlos Calderon**
**4249 S Mozart St**
**Chicago, IL 60632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,956.35 |

**YourPortal**
**2211 North Elston Ave. Suite 208**
**Chicago, IL 60614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **BrightLeaf Homes LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,465.00 |
|---|---|---|---|

**Yuritzy 4 Landscaping Corp.**
**Attn Itzcoatl Mendoza**
**3815 Columbus Blvd**
**Riverside, IL 60546**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,894.00 |
|---|---|---|---|

**Zoepaz**
**Attn Drew Whitehead**
**860 Stover Dr Unit A**
**Aurora, IL 60119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** **Trade debt**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Blanca Estrada**<br>**20615 Bunker Hill Rd.**<br>**Marengo, IL 60152** | Line **3.27**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Frederick Lurie**<br>**20 South Clark St**<br>**Suite 1710**<br>**Chicago, IL 60603** | Line **3.95**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Goldstine, Skrodzki, Russian, Nemec Hoff**<br>**Attn Daniel J. McCarthy III**<br>**835 McClintock Drive**<br>**Second Floor**<br>**Willowbrook, IL 60527-0860** | Line **3.81**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Law office of Mark Edison**<br>**1415 W 22nd St**<br>**Tower Floor**<br>**Oak Brook, IL 60523** | Line **3.25**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Linnemeyer Law, LLC**<br>**Attn Jonathan T. Linnemeyer**<br>**1001 Warrenville Road**<br>**Suite 500**<br>**Lisle, IL 60532** | Line **3.110**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Richard T Arvis**<br>**PO Box 31579**<br>**Chicago, IL 60631** | Line **3.100**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | **Rock Fusco & Connelly, LLC**<br>**Attn Maxwell Kling**<br>**321 N. Clark Street**<br>**Suite 2200**<br>**Chicago, IL 60654** | Line **3.96**<br>☐ Not listed. Explain ____ | _ |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

| Debtor | **BrightLeaf Homes LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| 4.8 | **US Bank Equipment Finance**<br>**1310 Madrid St**<br>**Marshall, MN 56258** | Line  **3.60**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Weissberg & Associates, Ltd.**<br>**Rakesh Khanna**<br>**564 W. Randolph St., 2nd Flr.**<br>**Chicago, IL 60661** | Line  **3.27**<br><br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 4,400.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,477,403.80 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 4,481,803.80 |

**Fill in this information to identify the case:**

Debtor name    **BrightLeaf Homes LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office lease at 15 Spinning Wheel Rd., Hinsdale, IL 60521** | |
| | State the term remaining | **Approx. 6 months** | **15 Spinning Wheel Road LLC** **Attn: Hinsdale Management Corporation** **21 Spinning Wheel Rd.** **Hinsdale, IL 60521** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
| | State the term remaining | | **Amanda and Dan Gabriel** **421 W Olive Ave** **Prospect Heights, IL 60070** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
| | State the term remaining | | **Anjali and Vishal Oza** **203 W North St.** **Hinsdale, IL 60521** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
| | State the term remaining | | **Brian & Sarah Rayski** **6558 N. Oxford** **Chicago, IL 60631** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor 1 | **BrightLeaf Homes LLC** | | Case number (*if known*) |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Don and Joan Lavelle** |
| | List the contract number of any government contract | | **243 Stanley Ave** |
| | | | **Park Ridge, IL 60068** |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Elizabeth and Brian Schultz** |
| | List the contract number of any government contract | | **234 Park Ave** |
| | | | **River Forest, IL 60305** |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Jesse and Jessica Sundeen** |
| | List the contract number of any government contract | | **5521 Fairmount Ave** |
| | | | **Downers Grove, IL 60516** |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Julie Narimatsu and Chad Beffa** |
| | List the contract number of any government contract | | **4146 Raymond Ave** |
| | | | **Brookfield, IL 60513** |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kelly and Tullio Cox** |
| | List the contract number of any government contract | | **146 Iris Rd.** |
| | | | **Darien, IL 60561** |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Kristy and Brad McCreary** |
| | List the contract number of any | | **3S549 2nd St.** |
| | | | **Warrenville, IL 60555** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor 1 | **BrightLeaf Homes LLC** | | | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract _____ | _____ |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mac and Jennifer McNeer**<br>**746 S. Stone Ave.**<br>**La Grange, IL 60525** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Office equipment lease - printer** | |
|---|---|---|---|
| | State the term remaining | **Approx. 27 months** | **Marco Technologies LLC**<br>**PO Box 790448**<br>**Saint Louis, MO 63179-0448** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Margie Braband**<br>**8S476 River Dr**<br>**Naperville, IL 60565** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Pre-Construction Services Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Margot and Noel Taylor**<br>**2341 W. Farragut Ave.**<br>**Chicago, IL 60625** |
| | List the contract number of any government contract | | |

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | |
|---|---|---|---|
| | State the term remaining | | **Mark and Sue Blazis**<br>**343 N. Ashland Ave.**<br>**La Grange Park, IL 60526** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** | **Matthew Schimka and Judy Lee**<br>**3811 N. Kildare**<br>**Chicago, IL 60641** |
|---|---|---|---|

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1   **BrightLeaf Homes LLC**                                     Case number *(if known)*
‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾                          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
    First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

State the term remaining

List the contract number of any
   government contract    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

---

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Milton Davenport and Jessica Iverson
344 Keystone Ave.
River Forest, IL 60305**

---

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Nikki and Chris Rucks
1000 W. Crescent Ave.
Park Ridge, IL 60068**

---

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Ramzi and Lauren Arbid
4118 Dubois Ave
Brookfield, IL 60513**

---

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Ricky and Audrey Salgado
6210 W Eddy St
Chicago, IL 60634**

---

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Pre-Construction Services Agreement** |
|---|---|---|

State the term remaining

List the contract number of any
   government contract    ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾

**Rohinee Beri and Cem Karsan
1858 N. Sedgwick St
Chicago, IL 60614**

---

| Debtor 1 | **BrightLeaf Homes LLC** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.22.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** |
| State the term remaining | **Sean and Kimberly Herring** |
| List the contract number of any government contract | **915 Monroe Ave.** **River Forest, IL 60305** |
| **2.23.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** |
| State the term remaining | **Stephany Esmay** |
| List the contract number of any government contract | **444 N. Eola Rd.** **Aurora, IL 60502** |
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** |
| State the term remaining | **Susan Russell and Dinakar Vinnakota** |
| List the contract number of any government contract | **5119 N. Claremont Ave.** **Chicago, IL 60625** |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest | **Construction Management Agreement** |
| State the term remaining | **Tajammul and Rabia Hussain** |
| List the contract number of any government contract | **2725 35th St.** **Oak Brook, IL 60523** |

| Fill in this information to identify the case: |
| --- |

Debtor name **BrightLeaf Homes LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

Column 1: **Codebtor**

Column 2: **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
| --- | --- | --- | --- | --- |
| 2.1 | Alexander Thompson | 1812 S Federal St, Unit 15 Chicago, IL 60616 | Herring, Sean and Kim | ☐ D _____ ■ E/F __3.48__ ☐ G _____ |
| 2.2 | Jarrett Svendsen | 8906 Monroe Ave Brookfield, IL 60513 | Herring, Sean and Kim | ☐ D _____ ■ E/F __3.48__ ☐ G _____ |
| 2.3 | Jeremiah Butler | 1006 Jonquil Ave Lisle, IL 60532 | Herring, Sean and Kim | ☐ D _____ ■ E/F __3.48__ ☐ G _____ |
| 2.4 | John Stelter | 3680 Chadwick Lane Lake in the Hills, IL 60156 | Herring, Sean and Kim | ☐ D _____ ■ E/F __3.48__ ☐ G _____ |
| 2.5 | Scott Sanders | 313 Burkhardt Ct. Forest Park, IL 60130 | Premium Decking Supply | ☐ D _____ ■ E/F __3.76__ ☐ G _____ |

| Debtor | **BrightLeaf Homes LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Scott Sanders | 313 Burkhardt Ct.<br>Forest Park, IL 60130 | Schilling Brothers Lumber & Hardware, In | ☐ D _____<br>■ E/F __3.84__<br>☐ G _____ |
| 2.7 | Scott Sanders | 313 Burkhardt Ct.<br>Forest Park, IL 60130 | The Tile Shop | ☐ D _____<br>■ E/F __3.97__<br>☐ G _____ |
| 2.8 | Scott Sanders | 313 Burkhardt Ct.<br>Forest Park, IL 60130 | The Loerop Corporation | ☐ D _____<br>■ E/F __3.96__<br>☐ G _____ |
| 2.9 | Scott Sanders | 313 Burkhardt Ct.<br>Forest Park, IL 60130 | Herring, Sean and Kim | ☐ D _____<br>■ E/F __3.48__<br>☐ G _____ |
| 2.10 | Scott Sanders | 313 Burkhardt Ct.<br>Forest Park, IL 60130 | American Express | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.11 | Scott Sanders | 313 Burkhardt Ct.<br>Forest Park, IL 60130 | CapitalOne | ☐ D _____<br>■ E/F __3.12__<br>☐ G _____ |
| 2.12 | Scott Sanders | 313 Burkhardt Ct.<br>Forest Park, IL 60130 | Discover | ☐ D _____<br>■ E/F __3.34__<br>☐ G _____ |
| 2.13 | Scott Sanders | 313 Burkhardt Ct.<br>Forest Park, IL 60130 | Chase | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |

Debtor    **BrightLeaf Homes LLC**                                    Case number *(if known)*

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.14 | **Scott Sanders** | 313 Burkhardt Ct.<br>Forest Park, IL 60130 | **Chase** | ☐ D _____<br>■ E/F ___3.21___<br>☐ G _____ |
|---|---|---|---|---|

| 2.15 | **Scott Sanders** | 313 Burkhardt Ct.<br>Forest Park, IL 60130 | **Department of the Treasury** | ☐ D _____<br>■ E/F ___2.1___<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **BrightLeaf Homes LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1.  **Gross revenue from business**

    ☐ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
    |---|---|---|
    | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2022** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | **$2,043,535.88** |
    | **For prior year:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other  _____ | **$7,814,456.20** |
    | **For year before that:**<br>From  **1/01/2020** to **12/31/2020** | ■ Operating a business<br>☐ Other  _____ | **$12,017,437.00** |

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
    |---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
    |---|---|---|---|

Debtor    **BrightLeaf Homes LLC**                                     Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   **See chart attached hereto as Exhibit 3** | | **$0.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   **See chart attached hereto as Exhibit 4** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **Herring v Brightleaf Homes LLC, et. al.**<br>**2022L003735** | **Breach of contract** | **Circuit Court of Cook County, Illinois** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

## Part 4:    Certain Gifts and Charitable Contributions

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

Debtor    **BrightLeaf Homes LLC**_____    Case number *(if known)* _____

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

□ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Sugar Felsenthal Grais & Helsinger LLP 30 N. LaSalle St. Suite 3000 Chicago, IL 60602** | **Attorney Fees** | **4/11/22, 4/21/22** | **$15,000.00** |
| | **Email or website address jfriedland@sfgh.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

Debtor    **BrightLeaf Homes LLC**                                         Case number *(if known)* _____

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Names, addresses, email addresses, phone numbers**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

---

| Debtor | BrightLeaf Homes LLC | | Case number *(if known)* | |

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| Life Storage<br>405 Shawmut Ave<br>La Grange, IL 60525 | Scott Sanders | Storage space #1205<br>Scrap and salvage material | ☐ No<br>■ Yes |

**Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:  Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

**23.  Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

**24.  Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Debtor | **BrightLeaf Homes LLC** | | Case number *(if known)* | |
|---|---|---|---|---|

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:** Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
   Include this information even if already listed in the Schedules.

☐ None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|---|
| | | | **Dates business existed** |
| 25.1. | **BrightLeaf Homes LLC Collinson Series** | **Series LLC no longer in use** | **EIN:**<br><br>**From-To   2013 to present** |
| 25.2. | **BrightLeaf Homes LLC Hunt Series** | **Series LLC no longer in use** | **EIN:**<br><br>**From-To   2013 to present** |
| 25.3. | **BrightLeaf Homes LLC Millais Series** | **Series LLC no longer in use** | **EIN:**<br><br>**From-To   2013 to present** |
| 25.4. | **BrightLeaf Homes LLC Rossetti Series fka BrightLeaf Homes LLC Series 3315 Gra** | **Series LLC with 25% membership interest in Grossdale Properties LLC, a real estate holdings entity** | **EIN:   32-0515971**<br><br>**From-To   2017 to present** |

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Date of service<br>From-To |
|---|---|---|
| 26a.1. | **John Stelter**<br>**3680 Chadwick Lane**<br>**Lake in the Hills, IL 60156** | **August 2020 - April 2022** |
| 26a.2. | **Ashley Canada**<br>**1706 S Thompson Drive**<br>**Wheaton, IL 60189-1890** | **January 2019 - April 2022** |
| 26a.3. | **MonthEnd**<br>**Attn Tyler Krueger**<br>**Account Manager**<br>**729 N Washington Ave**<br>**Minneapolis, MN 55401** | **January 2019 - April 2022** |
| 26a.4. | **Wipfli Tax Accounting**<br>**Attn Brad Werner**<br>**3957 75th St**<br>**Aurora, IL 60504** | **January 2018 - July 2021** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

Debtor     **BrightLeaf Homes LLC**                                    Case number *(if known)*  _____

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Scott Sanders | 313 Burkhardt Ct. Forest Park, IL 60130 | President, CEO, Member | 33.34% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard Thompson | 861 Debra Ln Elk Grove Village, IL 60007 | Director of Design | 33.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alexander Thompson | 1812 S Federal St, Unit 15 Chicago, IL 60616 | Director of Construction | 33.33% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jeremiah Butler | 1006 Jonquil Ave Lisle, IL 60532 | Director of Operations | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jarrett Svendsen | 8906 Monroe Ave Brookfield, IL 60513 | Director of Sales and Marketing | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Stelter | 3680 Chadwick Lane Lake in the Hills, IL 60156 | Director of Finance | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No

☐ Yes. Identify below.

| Debtor | BrightLeaf Homes LLC | Case number *(if known)* |
|---|---|---|

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 11, 2022**

**/s/ Scott Sanders**                                                     **Scott Sanders**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Manager**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

**BrightLeaf Homes LLC**                                                                 **SOFA Exhibit 3**

| Payee | Date | Amount |
|---|---|---|
| 21305 Accrued Payroll and Related Expenses:Accrued Health and Dental Liabilities | 02/10/2022 | 5,365.71 |
| 21305 Accrued Payroll and Related Expenses:Accrued Health and Dental Liabilities | 03/10/2022 | 5,418.52 |
| 21305 Accrued Payroll and Related Expenses:Accrued Health and Dental Liabilities | 04/12/2022 | 5,418.52 |
| **21305 Accrued Payroll and Related Expenses:Accrued Health and Dental Liabilities Total** | | 16,202.75 |
| 2136 Capital One Spark Card | 02/10/2022 | 2,500.00 |
| 2136 Capital One Spark Card | 02/16/2022 | 2,500.00 |
| 2136 Capital One Spark Card | 02/22/2022 | 4,500.00 |
| 2136 Capital One Spark Card | 03/09/2022 | 3,500.00 |
| 2136 Capital One Spark Card | 03/17/2022 | 9,200.00 |
| 2136 Capital One Spark Card | 03/24/2022 | 2,500.00 |
| 2136 Capital One Spark Card | 04/01/2022 | 5,000.00 |
| 2136 Capital One Spark Card | 04/12/2022 | 5,000.00 |
| **2136 Capital One Spark Card Total** | | 34,700.00 |
| 8705 General and Administrative Expenses:Legal & Professional Fees:Legal Services - Ops | 04/21/2022 | 7,750.00 |
| **8705 General and Administrative Expenses:Legal & Professional Fees:Legal Services - Ops Total** | | 7,750.00 |
| Access Elevator | 02/11/2022 | 11,486.00 |
| Access Elevator | 03/16/2022 | 1,500.00 |
| **Access Elevator Total** | | 12,986.00 |
| Adams Steel Service and Supply | 03/02/2022 | 19,976.00 |
| **Adams Steel Service and Supply Total** | | 19,976.00 |
| Alex Insulation | 04/13/2022 | 7,800.00 |
| **Alex Insulation Total** | | 7,800.00 |
| All Concrete Chicago | 03/08/2022 | 8,387.25 |
| **All Concrete Chicago Total** | | 8,387.25 |
| Bono Consulting, Inc. | 02/15/2022 | 4,200.00 |
| Bono Consulting, Inc. | 03/03/2022 | 1,150.00 |
| Bono Consulting, Inc. | 03/15/2022 | 2,450.00 |
| **Bono Consulting, Inc. Total** | | 7,800.00 |
| Brisko Electric | 02/11/2022 | 1,480.00 |
| Brisko Electric | 02/17/2022 | 14,617.80 |
| Brisko Electric | 03/08/2022 | 2,000.00 |
| Brisko Electric | 03/17/2022 | 1,670.00 |
| Brisko Electric | 03/28/2022 | 2,200.00 |
| Brisko Electric | 04/22/2022 | 4,272.60 |
| **Brisko Electric Total** | | 26,240.40 |
| Capital One | 02/14/2022 | 11,500.00 |
| Capital One | 02/18/2022 | 8,500.00 |
| Capital One | 03/02/2022 | 2,500.00 |
| Capital One | 03/11/2022 | 4,090.49 |
| Capital One | 03/15/2022 | 3,500.00 |

| Payee | Date | Amount |
|---|---|---|
| Capital One | 03/17/2022 | 1,400.00 |
| Capital One | 03/29/2022 | 7,500.00 |
| **Capital One Total** | | **38,990.49** |
| Centurion Plumbing Co. | 02/25/2022 | 56,500.00 |
| Centurion Plumbing Co. | 03/02/2022 | 31,500.00 |
| Centurion Plumbing Co. | 03/28/2022 | 47,610.71 |
| Centurion Plumbing Co. | 04/15/2022 | 8,200.00 |
| **Centurion Plumbing Co. Total** | | **143,810.71** |
| CJ Insulation | 02/17/2022 | 11,075.00 |
| **CJ Insulation Total** | | **11,075.00** |
| Consolidated Garage Doors | 02/11/2022 | 4,627.50 |
| Consolidated Garage Doors | 02/24/2022 | 1,386.25 |
| Consolidated Garage Doors | 03/15/2022 | 2,740.00 |
| Consolidated Garage Doors | 03/16/2022 | 4,627.50 |
| Consolidated Garage Doors | 04/15/2022 | 7,000.00 |
| **Consolidated Garage Doors Total** | | **20,381.25** |
| Corral G Construction | 02/25/2022 | 10,000.00 |
| Corral G Construction | 03/01/2022 | 2,000.00 |
| Corral G Construction | 03/29/2022 | 2,000.00 |
| **Corral G Construction Total** | | **14,000.00** |
| CVP Installations | 03/15/2022 | 14,624.50 |
| **CVP Installations Total** | | **14,624.50** |
| DAC Electric, Inc. | 02/24/2022 | 18,492.50 |
| **DAC Electric, Inc. Total** | | **18,492.50** |
| Dann Dolce Painting Co. * | 04/22/2022 | 14,450.00 |
| **Dann Dolce Painting Co. * Total** | | **14,450.00** |
| Design Right Renovation, INC. | 02/11/2022 | 8,225.00 |
| Design Right Renovation, INC. | 03/15/2022 | 1,525.00 |
| Design Right Renovation, INC. | 03/16/2022 | 2,350.00 |
| **Design Right Renovation, INC. Total** | | **12,100.00** |
| Emerald Isle Inc. | 02/11/2022 | 3,072.00 |
| Emerald Isle Inc. | 03/15/2022 | 3,698.00 |
| Emerald Isle Inc. | 03/16/2022 | 4,000.00 |
| **Emerald Isle Inc. Total** | | **10,770.00** |
| Excel Drywall Inc. | 02/11/2022 | 850.00 |
| Excel Drywall Inc. | 02/17/2022 | 17,120.00 |
| **Excel Drywall Inc. Total** | | **17,970.00** |
| Family First Services | 03/16/2022 | 1,360.00 |
| Family First Services | 04/13/2022 | 36,110.00 |
| **Family First Services Total** | | **37,470.00** |
| Ferguson Enterprises, Inc. | 02/11/2022 | 44,774.32 |
| Ferguson Enterprises, Inc. | 02/17/2022 | 1,323.12 |
| Ferguson Enterprises, Inc. | 03/15/2022 | 2,071.22 |
| Ferguson Enterprises, Inc. | 03/16/2022 | 21,766.80 |
| Ferguson Enterprises, Inc. | 03/22/2022 | 2,706.54 |
| Ferguson Enterprises, Inc. | 04/15/2022 | 2,038.99 |

**BrightLeaf Homes LLC**                                                                **SOFA Exhibit 3**

| Payee | Date | Amount |
|---|---|---|
| Ferguson Enterprises, Inc. | 04/22/2022 | 3,381.45 |
| **Ferguson Enterprises, Inc. Total** | | 78,062.44 |
| German Kitchen Center | 03/09/2022 | 27,645.74 |
| **German Kitchen Center Total** | | 27,645.74 |
| Golden Drywall | 04/13/2022 | 10,380.00 |
| **Golden Drywall Total** | | 10,380.00 |
| Green Tech Deco | 03/28/2022 | 18,000.00 |
| **Green Tech Deco Total** | | 18,000.00 |
| Internal Revenue Service | 04/22/2022 | 46,661.50 |
| Internal Revenue Service | 05/03/2022 | 20,900.00 |
| **Internal Revenue Service Total** | | 67,561.50 |
| JF Construction | 04/15/2022 | 10,000.00 |
| **JF Construction Total** | | 10,000.00 |
| Kozina Remodeling | 03/15/2022 | 1,400.00 |
| Kozina Remodeling | 04/22/2022 | 9,000.00 |
| **Kozina Remodeling Total** | | 10,400.00 |
| Lamon Excavating | 03/15/2022 | 26,050.00 |
| **Lamon Excavating Total** | | 26,050.00 |
| Lifeway Mobility | 02/10/2022 | 23,982.00 |
| Lifeway Mobility | 02/10/2022 | 2,500.00 |
| **Lifeway Mobility Total** | | 26,482.00 |
| M Fabrication Inc. | 02/11/2022 | 13,884.67 |
| M Fabrication Inc. | 03/16/2022 | 6,793.60 |
| **M Fabrication Inc. Total** | | 20,678.27 |
| Modimby LLC | 03/10/2022 | 12,265.00 |
| **Modimby LLC Total** | | 12,265.00 |
| Pella Windows & Doors, LLC | 03/02/2022 | 15,541.12 |
| **Pella Windows & Doors, LLC Total** | | 15,541.12 |
| R J Kielion Plumbing | 02/17/2022 | 16,800.00 |
| R J Kielion Plumbing | 02/24/2022 | 2,137.50 |
| R J Kielion Plumbing | 03/28/2022 | 6,300.00 |
| R J Kielion Plumbing | 04/01/2022 | 15,000.00 |
| R J Kielion Plumbing | 04/13/2022 | 8,550.00 |
| R J Kielion Plumbing | 04/15/2022 | 17,060.00 |
| R J Kielion Plumbing | 04/22/2022 | 4,200.00 |
| **R J Kielion Plumbing Total** | | 70,047.50 |
| Rogers Flooring | 02/11/2022 | 8,337.54 |
| **Rogers Flooring Total** | | 8,337.54 |
| Schilling Brothers Lumber & Hardware, Inc. | 02/11/2022 | 1,066.85 |
| Schilling Brothers Lumber & Hardware, Inc. | 02/17/2022 | 4,536.03 |
| Schilling Brothers Lumber & Hardware, Inc. | 02/18/2022 | 361.51 |
| Schilling Brothers Lumber & Hardware, Inc. | 02/24/2022 | 3,793.39 |
| Schilling Brothers Lumber & Hardware, Inc. | 03/08/2022 | 9,358.51 |
| Schilling Brothers Lumber & Hardware, Inc. | 03/16/2022 | 21,749.60 |
| Schilling Brothers Lumber & Hardware, Inc. | 03/28/2022 | 46,683.26 |
| Schilling Brothers Lumber & Hardware, Inc. | 04/01/2022 | 5,700.40 |

**BrightLeaf Homes LLC**                                    **SOFA Exhibit 3**

| Payee | Date | Amount |
|---|---|---|
| Schilling Brothers Lumber & Hardware, Inc. | 04/13/2022 | 5,905.21 |
| Schilling Brothers Lumber & Hardware, Inc. | 04/15/2022 | 9,093.58 |
| Schilling Brothers Lumber & Hardware, Inc. | 04/22/2022 | 2,336.15 |
| **Schilling Brothers Lumber & Hardware, Inc. Total** | | 110,584.49 |
| Searls Windows and Doors | 03/15/2022 | 20,301.34 |
| Searls Windows and Doors | 04/04/2022 | 11,985.00 |
| **Searls Windows and Doors Total** | | 32,286.34 |
| Sierra Pacific | 02/14/2022 | 10,309.23 |
| Sierra Pacific | 02/17/2022 | 16,849.13 |
| Sierra Pacific | 02/24/2022 | 21,746.40 |
| Sierra Pacific | 04/01/2022 | 26,682.69 |
| Sierra Pacific | 04/13/2022 | 4,865.86 |
| Sierra Pacific | 04/15/2022 | 41,175.17 |
| Sierra Pacific | 04/22/2022 | 4,827.68 |
| **Sierra Pacific Total** | | 126,456.16 |
| Soil & Material Consultants Inc | 02/15/2022 | 1,375.00 |
| Soil & Material Consultants Inc | 02/24/2022 | 1,450.00 |
| Soil & Material Consultants Inc | 03/15/2022 | 1,850.00 |
| Soil & Material Consultants Inc | 03/28/2022 | 1,450.00 |
| Soil & Material Consultants Inc | 04/21/2022 | 2,850.00 |
| **Soil & Material Consultants Inc Total** | | 8,975.00 |
| Standard Fire Sprinkler, Inc. | 03/10/2022 | 14,270.00 |
| **Standard Fire Sprinkler, Inc. Total** | | 14,270.00 |
| Starved Rock Wood Products | 02/11/2022 | 8,158.40 |
| Starved Rock Wood Products | 02/23/2022 | 350.00 |
| Starved Rock Wood Products | 03/16/2022 | 5,791.21 |
| Starved Rock Wood Products | 04/22/2022 | 36,614.96 |
| **Starved Rock Wood Products Total** | | 50,914.57 |
| Sterne Construction Group, LLC | 02/17/2022 | 5,618.00 |
| Sterne Construction Group, LLC | 02/25/2022 | 64,871.10 |
| Sterne Construction Group, LLC | 03/02/2022 | 59,104.00 |
| Sterne Construction Group, LLC | 03/15/2022 | 30,522.00 |
| Sterne Construction Group, LLC | 03/28/2022 | 31,028.00 |
| **Sterne Construction Group, LLC Total** | | 191,143.10 |
| Style Exteriors | 02/11/2022 | 45,610.64 |
| Style Exteriors | 02/17/2022 | 6,601.01 |
| Style Exteriors | 02/24/2022 | 8,491.63 |
| Style Exteriors | 04/13/2022 | 943.51 |
| Style Exteriors | 04/15/2022 | 40,438.01 |
| **Style Exteriors Total** | | 102,084.80 |
| Surface Werks Inc | 02/11/2022 | 32,658.50 |
| Surface Werks Inc | 03/16/2022 | 8,061.10 |
| **Surface Werks Inc Total** | | 40,719.60 |
| Thermopol Mechanical | 02/11/2022 | 4,074.00 |
| Thermopol Mechanical | 02/17/2022 | 6,500.00 |
| Thermopol Mechanical | 02/24/2022 | 5,625.00 |

**BrightLeaf Homes LLC**

| Payee | Date | Amount |
|-------|------|--------|
| Thermopol Mechanical | 03/16/2022 | 2,876.00 |
| Thermopol Mechanical | 04/01/2022 | 10,000.00 |
| Thermopol Mechanical | 04/13/2022 | 15,750.00 |
| Thermopol Mechanical | 04/15/2022 | 18,540.00 |
| Thermopol Mechanical | 04/22/2022 | 3,000.00 |
| **Thermopol Mechanical Total** | | 66,365.00 |
| UControlit Inc. | 02/17/2022 | 2,927.00 |
| UControlit Inc. | 03/16/2022 | 8,933.09 |
| UControlit Inc. | 04/22/2022 | 1,463.50 |
| **UControlit Inc. Total** | | 13,323.59 |
| United Rent A Fence Inc. | 02/11/2022 | 656.04 |
| United Rent A Fence Inc. | 02/17/2022 | 2,956.10 |
| United Rent A Fence Inc. | 02/18/2022 | 844.18 |
| United Rent A Fence Inc. | 02/24/2022 | 2,435.96 |
| United Rent A Fence Inc. | 03/08/2022 | 1,569.60 |
| United Rent A Fence Inc. | 03/15/2022 | 2,323.85 |
| United Rent A Fence Inc. | 03/28/2022 | 3,083.20 |
| United Rent A Fence Inc. | 04/15/2022 | 644.36 |
| **United Rent A Fence Inc. Total** | | 14,513.29 |
| Village of Western Springs | 03/03/2022 | 10,500.00 |
| Village of Western Springs | 03/18/2022 | 295.00 |
| Village of Western Springs | 03/28/2022 | 6,735.00 |
| Village of Western Springs | 03/28/2022 | 125.00 |
| Village of Western Springs | 04/01/2022 | 125.00 |
| **Village of Western Springs Total** | | 17,780.00 |
| Windfree Solar | 03/01/2022 | 37,840.55 |
| **Windfree Solar Total** | | 37,840.55 |
| YHVH Construction Inc. | 03/24/2022 | 2,000.00 |
| YHVH Construction Inc. | 03/28/2022 | 18,000.00 |
| YHVH Construction Inc. | 04/01/2022 | 6,000.00 |
| YHVH Construction Inc. | 04/15/2022 | 2,640.00 |
| YHVH Construction Inc. | 04/22/2022 | 1,248.00 |
| **YHVH Construction Inc. Total** | | 29,888.00 |
| **Grand Total** | | 1,754,572.45 |

**BrightLeaf Homes LLC**                                                    **SOFA Exhibit 4**

| Payee | Date | Amount |
|---|---|---|
| Rob and Kristine Hocking | 05/05/2021 | $4,545.83 |
| Rob and Kristine Hocking | 06/03/2021 | $4,545.83 |
| Rob and Kristine Hocking | 07/02/2021 | $4,545.83 |
| Rob and Kristine Hocking | 08/03/2021 | $4,545.83 |
| Rob and Kristine Hocking | 09/07/2021 | $4,545.83 |
| Rob and Kristine Hocking | 10/07/2021 | $4,545.83 |
| **Rob and Kristine Hocking Total** | | $27,274.98 |
| Lee A Vlcek | 05/25/2021 | $1,100.00 |
| Lee A Vlcek | 06/15/2021 | $1,100.00 |
| Lee A Vlcek | 07/13/2021 | $1,100.00 |
| Lee A Vlcek | 08/17/2021 | $1,100.00 |
| Lee A Vlcek | 09/20/2021 | $1,100.00 |
| Lee A Vlcek | 10/27/2021 | $1,100.00 |
| Lee A Vlcek | 11/18/2021 | $1,100.00 |
| Lee A Vlcek | 12/17/2021 | $1,100.00 |
| Lee A Vlcek | 01/12/2022 | $1,100.00 |
| Lee A Vlcek | 02/17/2022 | $1,100.00 |
| Lee A Vlcek | 03/14/2022 | $1,100.00 |
| Lee A Vlcek | 04/12/2022 | $1,100.00 |
| **Lee A Vlcek Total** | | $13,200.00 |
| Anthony Muscolino | 06/28/2021 | $10,000.00 |
| **Anthony Muscolino Total** | | $10,000.00 |
| Dan Ericson | 06/30/2021 | $12,500.00 |
| Dan Ericson | 07/30/2021 | $14,167.81 |
| **Dan Ericson Total** | | $26,667.81 |
| NCCR Metals Inc | 09/08/2021 | $5,500.00 |
| NCCR Metals Inc | 02/28/2022 | $5,500.00 |
| **NCCR Metals Inc Total** | | $11,000.00 |
| Carol Specht | 11/10/2021 | $8,000.00 |
| **Carol Specht Total** | | $8,000.00 |
| **Grand Total** | | $96,142.79 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois

In re  **BrightLeaf Homes LLC** _____  Case No. _____

_____ Debtor(s)    Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **15,000.00** |
| Prior to the filing of this statement I have received | $ | **15,000.00** |
| Balance Due | $ | **0.00** |

2.   The source of the compensation paid to me was:

■ Debtor      ☐ Other (specify):

3.   The source of compensation to be paid to me is:

■ Debtor      ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   [Other provisions as needed]
      **See attached engagement letter**

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **See attached engagement letter**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

| | |
|---|---|
| **May 11, 2022** | **/s/ Jonathan P. Friedland** |
| _Date_ | **Jonathan P. Friedland** |
| | _Signature of Attorney_ |
| | **Sugar Felsenthal Grais & Helsinger LLP** |
| | **30 N. LaSalle St.** |
| | **Suite 3000** |
| | **Chicago, IL 60602** |
| | **(312) 704-9400** |
| | **jfriedland@sfgh.com** |
| | _Name of law firm_ |

---

# Sugar Felsenthal
# Grais & Helsinger LLP

Jonathan P. Friedland
Direct: (312) 704-2770
Fax: (312) 704-2770
Email: jfriedland@sfgh.com

30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Office: (312) 704-9400

www.SFGH.com

April 7, 2022

*via email correspondence only*

BrightLeaf Homes LLC
c/o Scott Sanders, CEO
15 Spinning Wheel Rd., Ste. 124
Hinsdale, IL 60521
███████████████

        Re:     Engagement for Legal Services

Dear Scott:

        Thank you for your trust in retaining me and Sugar Felsenthal Grais & Helsinger LLP (the
"firm," "we" or "us") to advise BrightLeaf Homes LLC ("you" or the "Company") in connection with
its financial issues. We will do our best to advance your goals and achieve your objectives as
efficiently as possible. This letter sets out the terms of our engagement, so that you and the firm are
clear on our respective roles.

        1.      <u>Client</u>. The Company is our only client in this engagement. We will not be
representing any of your affiliates, owners, members, directors, officers, or employees unless
specifically engaged to do so. We expect you will be our principal contact for purposes of this
engagement.

        2.      <u>Scope of Engagement</u>. You have engaged the firm to represent the Company in
connection with evaluating and executing strategic options with respect to restructuring matters.
We must mutually agree to any material change in our engagement. The terms set out in this letter
will apply to any new or expanded engagement unless we enter into a new engagement letter for
the new matter.

        3.      <u>Conflicts of Interest</u>. The firm is not aware of any actual or potential conflicts of
interest with other firm clients arising from our representation of you in this matter. We will notify
you if we become aware of any conflicts in the future and will work with you to resolve them. While
we have a responsibility for monitoring and identifying conflicts of interest, please notify us
immediately if you learn of any conflicts.

        4.      <u>Staffing</u>. I will have primary responsibility for your matters. I will involve other
firm lawyers or legal assistants in order to provide you with timely and efficient services or to
provide special expertise as needed.

**SFGH**

DocuSign Envelope ID: 2E2175E6-E58A-431C-A744-172CB36A8F42

**Sugar Felsenthal
Grais & Helsinger LLP**

5.      Fees. Our fees are based on the time we spend working on your matter.  We bill in tenths of an hour. We will try to allocate the work to the most qualified attorney while minimizing costs for you. My hourly rate will be $600. Current rates for others who may work on your matters may be as low as $120 for paralegals and law clerks and as low as $325 for attorneys, but in no case will their rates exceed mine.

6.      Expenses. You are responsible for cash expenses and fees incurred in providing services to you. These include fees and expenses for travel, computerized research, messenger or overnight delivery, international telephone calls, and specialized document processing fees. This may also include co-counsel or other professionals whom we engage with your approval. You also are responsible for any filing fees due to government agencies. We may advance nominal fees and expenses, but invoices for significant third-party charges will be sent directly to you for prompt payment.

7.      Billing and Payment. We normally send a monthly statement of fees and disbursements but may do so more or less frequently. Please review your statement promptly. If you have any questions about your statement, please raise them with me. I will investigate any concerns and seek to promptly resolve the matter. Payment is due within 30 days of the statement date. If you do not timely pay our statements, we may suspend work on your matter.

Although as stated above, our fees are based on the time we spend working on your matter, I am committed to making sure you do not pay for inefficiencies that may occur and which we could have avoided with better planning on our part. Some attorneys and law firms do not address this unless and until a client forces such a conversation, which is both bad business and wrong. Therefore, before you receive each statement, you can be sure that it has been reviewed with an eye toward making reductions where, in my opinion, the time spent on something was simply "too much." I nonetheless encourage you to review each bill with a critical eye and to ask questions when you have them. I want to continue to earn your respect and loyalty and a necessary component of doing so is for me to do my best to make sure you feel fairly treated.

You may pay your bill online by clicking on the "Pay Your Bill" link on our homepage at www.sfgh.com and following the instructions to our payment portal. We only accept online payment of outstanding fees and expenses for which we have sent you an invoice. We do not accept online payment of retainers. By making payment through our payment portal, you (i) authorize us to charge your credit/debit card in the amount you specify and (ii) agree that the services provided as described on the invoice you are paying are acceptable to you. The firm may charge a bank processing fee for accepting online payments, as shown in our payment portal.

DocuSign Envelope ID: 2E2175E6-E584-431C-A714-172CB36A3F43

**Sugar Felsenthal
Grais & Helsinger LLP**

Unless prohibited by law, if you make a payment to us by credit or debit card, you agree not to cancel, revoke, charge back, or dispute the charge on your credit or debit card for the payment. If you do so, you authorize us to disclose to the credit or debit card processer such information about the services we provided to you as we feel is necessary to address the cancellation, revocation, charge back, or dispute. If it is later determined that the charge was properly authorized, you agree to pay all out-of-pocket fees and costs incurred by the firm as a result of the improper cancellation, revocation, charge back or dispute.

8.     Required Retainer. We require an initial retainer of $5,000 (the "Initial Retainer") for this engagement, which I ask you to pay right away, and which shall be replenished by the Company as necessary. We will require that the Company replenish the Initial Retainer as we deem necessary and may require that additional retainer amounts be paid (we refer to the Initial Retainer, replenishments of the Initial Retainer, and any additional retainer amounts, collectively, as the "Retainer") so that the Retainer is increased. If you fail to promptly pay any additional Retainer amount requested, we may suspend work on your matter until payment is made. The retainer is *not* intended as an estimate or cap on our fees and disbursements for this matter.

The Retainer will be treated as an *advance payment retainer* as a condition to our accepting this engagement. At the firm's discretion, either (i) we will deem some or all of the Retainer as representing advance payment for work performed and expenses incurred currently; or (ii) we will hold the Retainer as funds for work we will provide in the future, and require that the Company pay our invoices currently. An advance payment retainer is different from and less common than a security retainer, which would be deposited in our client trust account, and which would remain your property subject to our security interest until used to pay for our services. However, we require an advance payment retainer because of the Company's financial situation. Regardless of how we choose to apply the Retainer, it will become our property upon payment and will be deposited in our firm's general account, not in a separate client trust account for you. If the firm has not earned all the amounts that you paid us, we intend to return the excess to you upon completion of our engagement.

9.     Communication. To enable us to represent you effectively, we ask you to cooperate with us and communicate with us openly. We will keep you informed of developments in your matter as it progresses. You agree to provide us with timely and complete responses to any requests for documentation and information. Also, you agree to inform us in writing of any changes in the name of the person we should contact about this matter. We ask that you answer the questions at the end of this letter to allow us to better communicate with you.

10.    Confidentiality. We owe a duty of confidentiality to all our clients. Accordingly, we cannot disclose to you, or use on your behalf, any information that we possess with respect to

DocuSign Envelope ID: 2E2175F6E58A431C A714 172CB36A3F42

## Sugar Felsenthal
## Grais & Helsinger LLP

BrightLeaf Homes LLC
April 7, 2022
Page 4 of 6

another client or former client. Similarly, we cannot disclose or use your information for the benefit of another client, without your permission or unless required by law.

11. <u>Electronic Communications and Storage</u>. We may communicate with you and others by voice, text, data, and email over wired and wireless networks and over the internet. There is a place at the end of this letter for you to tell us which email address we should use to communicate with you. Emails and documents sent to you by email (whether or not containing confidential information) will not be encrypted unless you request us, in writing, to encrypt outgoing email and we are able to agree with you and implement mutually acceptable encryption standards and protocols. We also store emails, documents, and other client information on remote servers hosted by third parties that provide secure data storage. We believe the benefits of using these methods outweigh the risks of unauthorized access that may arise from using them.

12. <u>Termination of Representation</u>. You may terminate our representation at any time for any reason. We may also terminate our representation after giving you reasonable time to arrange alternative counsel. Additionally, our representation of you will terminate automatically after we have performed the work on this engagement unless we separately agree in writing with you. If our representation of the Company ends, the Company will take all steps necessary to free the firm of any obligation to perform further services for it, including securing alternative counsel, and agrees to sign any documents necessary to substitute counsel and to consent to our withdrawal as the Company's counsel in any proceeding. The Company must also pay for services provided after termination if, in our view, the services are necessary to protect your interests as part of our ethical obligations to you.

Although we periodically update our clients and the public about interesting or relevant legal developments, the firm will have no duty to inform you of new developments or changes in the law that may be relevant to your matter after our engagement terminates or to monitor renewal or notice dates or similar deadlines with respect to your matter after termination.

13. <u>Document Retention</u>. At any time, you may request that we deliver your client files (excluding internal work product) to you. We may retain copies of your files, at our expense, for our own information. If you do not request the return of your files, we are authorized to destroy your files in accordance with our file retention policy then in effect, without further notice to you.

14. <u>No Guarantee</u>. We can make no promise or guarantee to you about the outcome of this representation.

15. <u>Governing Law</u>. This engagement letter will be governed by the internal laws of the State of Illinois.

DocuSign Envelope ID: 2E2175F6-E58A-431C-A7A4-172CB36A9F42

**Sugar Felsenthal
Grais & Helsinger LLP**

BrightLeaf Homes LLC
April 7, 2022
Page 5 of 6

     Please review this letter carefully. Unless you promptly advise us to the contrary, we will rely on our understanding that this letter reflects the terms of our engagement.  To avoid doubt, we ask that you formally accept these terms by signing and returning a copy of this letter to me.

     We are not obligated to begin providing services until we receive a signed copy of this letter. We may, in our discretion, begin providing services to you at your spoken direction.  Even if you do not sign this letter, you must pay us for any services we have performed at your direction and related expenses. Although we have set out the terms of our representation in the form of a letter, this letter is a binding legal contract.

     Thank you for your trust in us. We look forward to a mutually satisfactory and productive relationship with you in serving as your legal counsel.

Very truly yours,

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

By: _____

     Jonathan P. Friedland

I agree that this letter states the basis on which I have engaged Sugar Felsenthal Grais & Helsinger LLP as legal counsel.

**BrightLeaf Homes LLC**

By: _____
    Scott Sanders

Name: _____

Title: _____
   Manager

Date: _____
   4/11/2022

DocuSign Envelope ID: 2E2175F6-F58A-431C-A714-172CB36A3F42

**Sugar Felsenthal
Grais & Helsinger LLP**

BrightLeaf Homes LLC
April 7, 2022
Page 6 of 6

**<u>Communications Preferences</u>**:

Please tell us the best telephone number to reach you: ███████ _____

Please tell us the best email address to reach you: ██████████████ _____

If we should fax you, please tell us the best fax number to use: _____

Please tell us how you prefer to receive invoices (mark one):

_____ U.S. Mail   _X_ Email  _____ Other (please describe) _____

If there are any restrictions on when or how we should communicate with you, please write them below:

# Sugar Felsenthal
# Grais & Helsinger LLP

Jack O'Connor
Direct: (312) 704-2178
Fax: (312) 704-2178
Email: joconnor@sfgh.com

30 N. LaSalle St., Ste. 3000
Chicago, Illinois 60602
Office: (312) 704-9400

www.SFGH.com

April 21, 2022

*via email correspondence only*

BrightLeaf Homes LLC
c/o Scott Sanders, CEO
15 Spinning Wheel Rd., Ste. 124
Hinsdale, IL 60521
█████████████████

**Re:      Addendum to Engagement for Legal Services**

Dear Scott:

This letter is an addendum (the "Addendum") to that certain engagement letter dated April 7, 2022 (the "Engagement Letter") regarding the Engagement for Legal Services of Sugar Felsenthal Grais & Helsinger LLP (the "firm," "we" or "us") to serve as restructuring counsel to BrightLeaf Homes LLC (the "Company"), an Illinois limited liability company.

This letter supplements the Engagement Letter previously executed by the Company. Unless otherwise modified by this Addendum, the terms and conditions of the Engagement Letter remain in full force and effect; provided, however, to the extent that any provision of this Addendum is inconsistent with the Engagement Letter, the terms of this Addendum supersede and control.

The parties agree as follows:

1.      <u>Scope of Engagement</u>. Section 2 of the Engagement Letter (*Scope of Engagement*) is deleted in its entirety, and replaced with the following:

You have engaged the firm to represent the Company in connection with preparing and filing a chapter 7 bankruptcy case for the Company (the "Chapter 7 Case").

We must mutually agree to any material change in our engagement. The terms set out in this letter will apply to any new or expanded engagement unless we enter into a new engagement letter for the new matter.

For avoidance of doubt, the scope of this engagement is limited to consultation concerning preparation of the Chapter 7 Case; preparation (with your assistance) of the documents necessary to commence the Chapter 7 Case, including a petition, schedules, and statement of financial affairs; attendance at the § 341 meeting of creditors; and limited routine services arising in the Chapter 7



**Sugar Felsenthal
Grais & Helsinger LLP**

BrightLeaf Homes LLC
April 21, 2022
Page 2 of 3

Case, which may include required appearances at court hearings and routine communication with the chapter 7 trustee appointed in the Chapter 7 Case. The firm will not represent the Company in the Chapter 7 Case with respect to contested matters or adversary proceedings. Any additional matters you may ask us to undertake must be covered by a separate written agreement.

2.      <u>Fees</u>. Section 5 of the Engagement Letter (*Fees*) is deleted in its entirety, and replaced with the following:

Our fee for this matter will be a flat rate fee of $15,000.00 (the "Flat Fee") which must be paid in full to the firm before we begin work on this matter. As of the date of this Addendum, we have received $7,250.00 toward the Flat Fee, leaving a balance of $7,750.00.

3.      Section 6 of the Engagement Letter (*Expenses*) is deleted in its entirety, and replaced with the following:

The Flat Fee shall include all the reasonable expenses and filing fees incurred in connection with the Company's anticipated bankruptcy filing of up to $500. The Flat Fee does not include costs associated with litigation or representation in any adversary proceeding or contested matter.

If you agree to amend the Engagement Letter as provided in this Addendum, please sign and return it as soon as possible.

Very truly yours,

SUGAR FELSENTHAL GRAIS & HELSINGER LLP

By: _____
       Jack O'Connor

**Sugar Felsenthal
Grais & Helsinger LLP**

**Approved & Agreed:**

**BrightLeaf Homes LLC**

By: _____

Name: _ Scott Sanders _____

Title: _ CEO _____

Date: _ 21 April 2022 _____

# United States Bankruptcy Court
## Northern District of Illinois

In re    **BrightLeaf Homes LLC**                                              Case No.
_____                    _____
                                    Debtor(s)                Chapter    **7**    _____

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                    _____**155**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **May 11, 2022**                              /s/ Scott Sanders
_____                    _____
                                    **Scott Sanders/Manager**
                                    Signer/Title

15 Spinning Wheel Road LLC
Attn: Hinsdale Management Corporation
21 Spinning Wheel Rd.
Hinsdale, IL 60521

ABT Appliances
Attn Mark Fijalkiewicz
1200 N Milwaukee Ave
Glenview, IL 60025

Air Care Services Inc
1504 Ogden Ave
Lisle, IL 60532

Alexander Thompson
1812 S Federal St, Unit 15
Chicago, IL 60616

All Concrete Chicago
Attn Eder Martinez Colucci
9714 Industrial Dr
Bridgeview, IL 60455

Amanda and Dan Gabriel
421 W Olive Ave
Prospect Heights, IL 60070

American Express
P.O. Box 981535
El Paso, TX 79998-1535

Andrew Lauer
311 Burkhardt Ct
Forest Park, IL 60130

Anjali and Vishal Oza
203 W North St.
Hinsdale, IL 60521

Anthony & Linda Muscolino
1114 Stone Ave
La Grange, IL 60525

Authentic Glass & Mirror Inc.
308 Oak Ridge Ave
Hillside, IL 60162

Blanca Estrada
20615 Bunker Hill Rd.
Marengo, IL 60152

BlueEarth Deconstruction
Attn Steve Filyo
PO Box 48
St. Charles, IL 60175

Brian & Sarah Rayski
6558 N. Oxford
Chicago, IL 60631

Brisko Electric
Attn Don Brisko
8631 Ogden Ave
Lyons, IL 60534

Builder Funnel, LLC
1586 S 21st St
Colorado Springs, CO 80904

Builder Services Group Inc DBA CJ Insula
Attn Dan Minglin
305 Boombah Boulevard
Yorkville, IL 60560

CapitalOne
Attn: Bankruptcy
P.O. Box 30285
Salt Lake City, UT 84130-0285

Carden Group Inc. dba Style Exterior
4905 W 95th St.
Oak Lawn, IL 60453

Carlisle wide plank floors
Attn Keara Miller
1676 Route 9
Stoddard, NH 03464

Carol Specht
11795 Seagull Ln
Palos Heights, IL 60463

CC Wagner Lumber Company
6401 S Archer Rd
Summit Argo, IL 60501

Centurion Plumbing Co.
10340 W Belden Ave, unit A
Melrose Park, IL 60164

Century Blueprint
905 Hillgrove Ave Unit 12
La Grange, IL 60525

CGO Construction
Attn Omar
312 Clark St
Aurora, IL 60505

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

City of Naperville
400 S Eagle St
Naperville, IL 60540

Comcast
1701 JFK Boulevard
Philadelphia, PA 19103

ComEd
PO Box 6111
Carol Stream, IL 60197

Consolidated Garage Doors
1870 Suncast Lane
Batavia, IL 60510

Cook Architectural Design Studio
Attn Charles Cook
150 North Wacker Drive, Suite 2360
Chicago, IL 60606

Corral G Construction
Attn Alex
20615 Bunker Hill Rd
Marengo, IL 60152

Creative Millwork, LLC.
Attn Richard Behles
3700 Illinois Avenue St. C
St. Charles, IL 60174

CVP Installations LLC
Attn Carlos Perez
121 Airport Drive Unit C
Joliet, IL 69435

D & P Construction Co., Inc.
5521 N Cumberland Ave
Chicago, IL 60656

Dan Ericson
1747 Dunbarton Lane
Belvidere, IL 61008

Dann Dolce Painting Co.
245 S Brewster Ave
Lombard, IL 60148

Department of the Treasury
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Design Right Renovation, INC.
217 Pawtucket Ave.
Elgin, IL 60124

Discover
PO Box 6103
Carol Stream, IL 60197

Don and Joan Lavelle
243 Stanley Ave
Park Ridge, IL 60068

Donegal Services, LLC
13011 Grant Rd
Lemont, IL 60439

Donovan Construction
Attn Kevin Droz
17312 South Parker Rd
Homer Glen, IL 60491

DuPage County Building and Permit Depart
421 N. County Farm Rd.
Wheaton, IL 60187

Elizabeth and Brian Schultz
234 Park Ave
River Forest, IL 60305

Engineering Resource Associates
3s701 West Av
Warrenville, IL 60555

Eric Canada
1706 S Thompson Dr.
Wheaton, IL 60189

Euroview
Attn Taylor Tow
342 W Carol Ln
Elmhurst, IL 60126

Excel Drywall Inc.
16310 Riverwood Dr
Plainfield, IL 60586

Family Landscaping & Treewerks, Inc.
3S430 Illinois Route 59   Unit B
Naperville, IL 60563

Ferguson Enterprises, Inc.
884 S Rohlwing Rd
Addison, IL 60101

Fis Exteriors, Inc.
2014 Bristol Ct.
Naperville, IL 60565

Flood Brothers Disposal & Recycling Seri
17 W 697 Butterfield Rd Suite E
Oakbrook Terrace, IL 60181

Floor and Decor
PO Box 1036
Charlotte, NC 28201-1036

Frederick Lurie
20 South Clark St
Suite 1710
Chicago, IL 60603

Goldstine, Skrodzki, Russian, Nemec Hoff
Attn Daniel J. McCarthy III
835 McClintock Drive
Second Floor
Willowbrook, IL 60527-0860

Haeger Engineering
Attn Michael Anderson
100 East State Parkway
Schaumburg, IL 60173

Herring, Sean and Kim
915 Monroe Ave.
River Forest, IL 60305

Hinsdale Bank
25 E 1st St
Hinsdale, IL 60521

Hinsdale Management Corp.
21 Spinning Wheel Road
Hinsdale, IL 60521

IDES
Benefit Payment Control Division
PO Box 4385
Chicago, IL 60680

Illinois Department of Revenue
Bankruptcy Unit
PO Box 19035
Springfield, IL 62794-9035

Imperial Service Systems, Inc.
Attn Sarah Rook
200 W. 22nd Street * Suite 201*
Lombard, IL 60148

Insight Property Services
Attn Joe Konopacki
115 East Ogden Ave. Suite 117-128
Naperville, IL 60563

Jarrett Svendsen
8906 Monroe Ave
Brookfield, IL 60513

JCS Facility Services
Attn Carlos Saavedra
1125 W Van Buren #1306
Chicago, IL 60607

Jeremiah Butler
1006 Jonquil Ave
Lisle, IL 60532

Jesse and Jessica Sundeen
5521 Fairmount Ave
Downers Grove, IL 60516

John Stelter
3680 Chadwick Lane
Lake in the Hills, IL 60156

Julie Narimatsu and Chad Beffa
4146 Raymond Ave
Brookfield, IL 60513

K&K Well Drilling
Attn Ken Knierim
11900 Route 47
Morris, IL 60450

Karen Tiburtini
2S511 Kiowa Dr
Wheaton, IL 60189

Kelly and Tullio Cox
146 Iris Rd.
Darien, IL 60561

Ken Ramage
1446 Clinton
Berwyn, IL 60402

Kozina Remodeling
Attn Jan Kozina
5221 S Normandy
Chicago, IL 60638

Kristen Goodman
88 N Park Rd
La Grange, IL 60525

Kristy and Brad McCreary
3S549 2nd St.
Warrenville, IL 60555

Law office of Mark Edison
1415 W 22nd St
Tower Floor
Oak Brook, IL 60523

Lee Vlcek
7526 Comstock Ln
Darien, IL 60561

Linnemeyer Law, LLC
Attn Jonathan T. Linnemeyer
1001 Warrenville Road
Suite 500
Lisle, IL 60532

Mac and Jennifer McNeer
746 S. Stone Ave.
La Grange, IL 60525

Majestic Distributing Company, Inc.
1255 Bowes Road
Elgin, IL 60123

Marco Technologies LLC
PO Box 790448
St. Louis, MO 63179-0448

Marco Technologies LLC
PO Box 790448
Saint Louis, MO 63179-0448

Margie Braband
8S476 River Dr
Naperville, IL 60565

Margot and Noel Taylor
2341 W. Farragut Ave.
Chicago, IL 60625

Maria & Casey Onesta-Moran
3623 Rosemear Ave
Brookfield, IL 60513

Marissa Tiburtini
2S511 Kiowa Dr
Wheaton, IL 60189

Mark and Sue Blazis
343 N. Ashland Ave.
La Grange Park, IL 60526

Martin & Jeanette Vlcek
7526 Comstock Ln
Darien, IL 60561

Mary Jo Buffo
503 Grove Ln
Forest Park, IL 60130

Mary McDonald
15224 Atwood Lane
Crosby, TX 77532

Matthew Schimka and Judy Lee
3811 N. Kildare
Chicago, IL 60641

MG2A
Attn Joel Greer
240 N Industrial Dr
Bradley, IL 60915

Michael Tiburtini
2S511 Kiowa Dr
Wheaton, IL 60189

Mid American Water, Inc.
Attn Brandon
1500 E. Mountain
Aurora, IL 60505

Milton Davenport and Jessica Iverson
344 Keystone Ave.
River Forest, IL 60305

MODIMBY LLC
313 Burkhardt Ct
Forest Park, IL 60130

Naperville Construction Fence Rental LLC
PO Box 5003
Oakbrook, IL 60523

Nick Campione
9012 Thomas Ave
Bridgeview, IL 60455

Nicor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407

Nikki and Chris Rucks
1000 W. Crescent Ave.
Park Ridge, IL 60068

Nova Fire Protection Inc.
Attn Kim Prusa
1530 N. Wiley Rd
Schaumburg, IL 60173

One Time Irrigation INC
Attn Jan Zmuda
10150 Virginia Avenue Unit H
Chicago Ridge, IL 60415

Peoples Gas
200 East Randolph St 20th FL
Chicago, IL 60601

Premium Decking Supply
Attn Sean
23838 W Industrial Dr N
Plainfield, IL 60585

Radon Professional Services, LLC
PO Box 542
Berwyn, IL 60402

Ramzi and Lauren Arbid
4118 Dubois Ave
Brookfield, IL 60513

Restoration Hardware
15 Koch Road
Corte Madera, CA 94925

Richard T Arvis
PO Box 31579
Chicago, IL 60631

Rick Riggio
8602 Thistlewood Ct.
Darien, IL 60561

Ricky and Audrey Salgado
6210 W Eddy St
Chicago, IL 60634

RJ Kielion Plumbing & Heating Co.
823 Blaine St
Batavia, IL 60510

Rob & Kristine Hocking
4936 Montgomery Ave
Downers Grove, IL 60515

Rock Fusco & Connelly, LLC
Attn Maxwell Kling
321 N. Clark Street
Suite 2200
Chicago, IL 60654

Rogers Flooring
Attn Bryan
1987 Franciscan Way
West Chicago, IL

Rohinee Beri and Cem Karsan
1858 N. Sedgwick St
Chicago, IL 60614

Sandra Sanders
7912 W 101 PL
Palos Hills, IL 60465

Schilling Brothers Lumber & Hardware, In
Attn Ryan Schneider
8900 Wicker Avenue
Saint John, IN 46373

Scott Sanders
313 Burkhardt Ct
Forest Park, IL 60130

Scott Sanders
313 Burkhardt Ct.
Forest Park, IL 60130

Sean and Kimberly Herring
915 Monroe Ave.
River Forest, IL 60305

Service Sanitation
135 Blaine St
Gary, IN 46406

Sierra Pacific
2445 E Higgins Rd
Elk Grove Village, IL 60007

Soil & Material Consultants Inc
8 WestCollege Drive Suite C
Arlington Heights, IL 60004

Stan's Flooring Inc
7508 West 85th Place
Bridgeview, IL 60455

Starved Rock Wood Products
Attn Derek Richey
1501 Washington Street
Mendota, IL 61342

Stephany Esmay
444 N. Eola Rd.
Aurora, IL 60502

Sterne Construction Group, LLC
Attn Skip Sterne
1879 N Neltnor Blvd #248
West Chicago, IL 60185

Suarez Fence
1574 Sunflower Dr
Romeoville, IL 60446

Sullivan & Associates
Attn Kenneth M Sullivan
120 S LaSalle St
Suite 1530
Chicago, IL 60603

Surface Werks Inc
1023 Cernan Dr
Bellwood, IL 60104

Susan Russell and Dinakar Vinnakota
5119 N. Claremont Ave.
Chicago, IL 60625

Tajammul and Rabia Hussain
2725 35th St.
Oak Brook, IL 60523

The Carpet Group
2138 West Walnut St
Chicago, IL 60612

The Loerop Corporation
dba Tulip Tree Landscaping
Attn Matt Loerop
3148 Prairie Ave
Brookfield, IL 60513

The Tile Shop
72 Countryside Plaza
Countryside, IL 60525

Thermopol Mechanical
Attn Ziggy Staszel
6101 W 79th St
Burbank, IL 60459

ThreeSixtyChicago Media
60 E Monroe St #1603
Chicago, IL 60603

Time Savers, Inc.
725 Kimberly Dr
Carol Stream, IL 60188

Toyota Financial Services
PO Box 5855
Carol Stream, IL 60197

Troglia Kaplan LLC
1765 N Elston Ave
Chicago, IL 60642

UControlit Inc.
14409 W Edison, unit i
New Lenox, IL 60451

United Rent A Fence Inc.
1500 West Fullerton Ave.
Addison, IL 60101

United Survey Service LLC
7710 Central
River Forest, IL 60305

US Bank Equipment Finance
1310 Madrid St
Marshall, MN 56258

Village of River Forest
400 Park Avenue
River Forest, IL 60305

Village of Western Springs
740 Hillgrove Ave
Western Springs, IL 60558

Visual Fizz
444 N Michigan Ave
#1200
Chicago, IL 60611

Weissberg & Associates, Ltd.
Rakesh Khanna
564 W. Randolph St., 2nd Flr.
Chicago, IL 60661

Windfree Wind and Solar Energy Design Co
Attn Doug Snower
5022 W Foster Ave
Chicago, Il 60630

YHVH Construction Inc.
Attn Carlos Calderon
4249 S Mozart St
Chicago, IL 60632

YourPortal
2211 North Elston Ave. Suite 208
Chicago, IL 60614

Yuritzy 4 Landscaping Corp.
Attn Itzcoatl Mendoza
3815 Columbus Blvd
Riverside, IL 60546

Zoepaz
Attn Drew Whitehead
860 Stover Dr Unit A
Aurora, IL 60119

# United States Bankruptcy Court
## Northern District of Illinois

In re   **BrightLeaf Homes LLC**

Debtor(s)

Case No.

Chapter   **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **BrightLeaf Homes LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**May 11, 2022**

Date

**/s/ Jonathan P. Friedland**

**Jonathan P. Friedland**

Signature of Attorney or Litigant

Counsel for   **BrightLeaf Homes LLC**

**Sugar Felsenthal Grais & Helsinger LLP**

**30 N. LaSalle St.**
**Suite 3000**
**Chicago, IL 60602**
**(312) 704-9400**
**jfriedland@sfgh.com**