UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Brightleaf Homes, LLC,<br><br>Debtor(s)<br><br>Plaintiff(s)<br><br>Defendant(s) | ) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) <br>) | BK No.: 22-05429<br><br>Chapter: 7<br><br>Honorable Janet S. Baer<br><br>Kane<br><br>Adv. No.: |

**ORDER GRANTING MOTION TO SELL 2010 TOYOTA TACOMA AND FOR REDUCED NOTICE**

This matter coming to be heard on the motion of Frank J. Kokoszka, Trustee (the "Trustee") to sell the Debtor's 2010 Toyota Tacoma to Marissa Tiburtini pursuant to 11 U.S.C. 363, due notice having been given to all parties entitled thereto, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED THAT:

1. The Trustee is authorized to sell the Debtor's 2010 Toyota Tacoma, VIN NO. 3TMMU4FN5AM021408 to Marissa Tiburtini for a purchase price of $8,500.00.

2. Notice of this motion is limited to the 20 largest unsecured creditors, secured creditors, and creditors who have requested service of notice in the bankruptcy case.

Enter:  *Janet S. Baer*

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: July 08, 2022

**Prepared by:**

Joshua D. Greene
SPRINGER LARSEN GREENE, LLC
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630)510-0000
jgreene@springerbrown.com