**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 22-05429 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Brightleaf Homes LLC | | | | Date Filed (f) or Converted (c): | 05/11/2022 (f) |
| | | | | | 341(a) Meeting Date: | 06/13/2022 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 09/15/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Cash on Hand | 74.00 | 74.00 | | 0.00 | FA |
| 2. Hinsdale Bank & Trust Company, N.A. Business checking 2000 | 0.00 | 0.00 | | 0.00 | FA |
| 3. Security deposit for office lease at 15 Spinning Wheel Rd., Hinsdale, IL 60521 | 3,048.38 | 0.00 | | 0.00 | FA |
| 4. Retainer with attorney Jonathan Weis, Levin Ginsburg<br><br>Trustee is expecting a refund of the unused portion of the retainer | 2,450.00 | 102.25 | | 0.00 | 102.25 |
| 5. Retainer with Mastrodonato and Associates (tax advisor)<br><br>Trustee is investigating | 4,000.00 | 4,000.00 | | 0.00 | 4,000.00 |
| 6. 90 days old or less: 21,855.00 - 0.00 = | 21,855.00 | 21,855.00 | | 0.00 | 21,855.00 |
| 7. Over 90 days old: 2,400.00 - 0.00 = | 2,400.00 | 2,400.00 | | 0.00 | 2,400.00 |
| 8. Grossdale Properties LLC, owned through BrightLeaf Homes Rossetti Series LLC 25%<br><br>Trustee and his counsel are investigating this asset. Trustee value is an estiamte only and not to be used for any settlement or litigation purposes. | Unknown | 50,000.00 | | 0.00 | 50,000.00 |
| 9. 14 office chairs; 13 office stools; 17 computer monitors; 7 laptop computers; 5 desktop computers; 6 TV screens; 3 office tables; 13 butcher block work stations; 14 office storage shelving units $0.00 | Unknown | 0.00 | | 0.00 | FA |
| 10. 2017 Toyota Rav 4 VIN: 2T3BFREV0HW594371 Unknown KBB trade-in<br><br>Sold at Auction. See Court Order dated 7/8/2022 (Docket Entry # 18)<br>Subject to secured lien | 17,503.00 | 3,059.41 | | 16,000.00 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 22-05429 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Brightleaf Homes LLC | | | | Date Filed (f) or Converted (c): | 05/11/2022 (f) |
| | | | | | 341(a) Meeting Date: | 06/13/2022 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 09/15/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. 2010 Toyota Tacoma Pickup Truck VIN: 3TMMU4FN5AM021408 Unknown KBB trade-in<br><br>Sold pursuant to Court Order dated July 8, 2022 (Docket Entry #19)<br>Subject to Secured Lien | 9,421.00 | 8,500.00 | | 8,500.00 | FA |
| 12. 2012 BMW 535 VIN: WBAFU7C54CDU59167 Unknown KBB trade-in<br><br>Sold at Auction. Court Order Dated 7/8/2022 (Docket Entry # 18)<br>Subject to Secured Claim of Hinsdale Bank in the amount of $1978.91. | 9,141.00 | 9,521.09 | | 11,500.00 | 0.00 |
| 13. 15 Spinning Wheel Road LLC Location: 15 Spinning Wheel Rd., Hinsdale, IL 60521 Office lease | 0.00 | 0.00 | | 0.00 | FA |
| 14. Service mark for "Brightleaf" USPTO registraton 5,967,069 Unknown<br><br>Trustee and his counsel are investigating this asset | Unknown | 1.00 | | 0.00 | 1.00 |
| 15. www.brightleafhomes.com; www.mybrightleafhome.com;www.brightleafos.com; www.buildinwesternsprings.com; www.chicagocustombuilder.com; www.chicagocustomhomebuilder.com Unknown<br><br>Trustee and his counsel are investigating this asset. | Unknown | 1.00 | | 0.00 | 1.00 |
| 16. Customer list $0.00 | Unknown | 0.00 | | 0.00 | FA |
| 17. Peleus Insurance Co. Professional liability & cyber insurance Burns & Wilcox Ltd. (agent) | 0.00 | 0.00 | | 0.00 | FA |
| 18. Pekin Insurance Co. CGL, auto, workers comp, employers liability Zeiler Ins. Co. (agent) | 0.00 | 0.00 | | 0.00 | FA |
| 19. Overpayment of insurance premium (u)<br><br>Check was discovered at Debtor's premises. | 0.00 | 7.33 | | 7.33 | 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 22-05429 | JSB | Judge: | Janet S. Baer | Trustee Name: | Frank J. Kokoszka, Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Brightleaf Homes LLC | | | | Date Filed (f) or Converted (c): | 05/11/2022 (f) |
| | | | | | 341(a) Meeting Date: | 06/13/2022 |
| For Period Ending: | 09/30/2022 | | | | Claims Bar Date: | 09/15/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 20. Adversary Action agaisnt Capital One, N.A. (u) | 0.00 | 73,690.49 | | 0.00 | 73,690.49 |
| Adversary Complaint # 22-00162 filed on 10/19/2022 | | | | | |
| 21. Potential Avoidance Actions (u) | 0.00 | 50,000.00 | | 0.00 | 50,000.00 |
| Trustee and his counsel are investigating potential avoidance actions, and has sent out demand letters to potential defendants. Trustee value is an estimate only and is not to be used for any settlement or litigation purposes | | | | | |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $69,892.38 | $223,211.57 | | $36,007.33 | $202,049.74 |
| --- | --- | --- | --- | --- | --- |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has filed Motions to Sell Vehicles  - Frank J. Kokoszka 6/28/2022
Trustee has requested documents from the Debtor - Frank J. Kokoszka 6/28/2022

Initial Projected Date of Final Report (TFR): 12/31/2024     Current Projected Date of Final Report (TFR): 12/31/2024

Trustee Signature:    /s/ Frank J. Kokoszka, Trustee     Date: 10/31/2022

Frank J. Kokoszka, Trustee
19 South LaSalle Street
Ste 1201
Chicago, IL  60603-1419
312-443-9600
trustee@k-jlaw.com
(312)443-9600
trustee@k-jlaw.com

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 22-05429 | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|
| Case Name: | Brightleaf Homes LLC | Bank Name: | Axos Bank |
| | | Account Number/CD#: | XXXXXX0534 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX3110 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 09/30/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/20/22 | 11 | Marissa A. Tiburtini<br>2S511 Kiowa Dr.<br>Wheaton, IL 60189-5973 | Sale of Assets<br>Sale of 2010 Toyota Tacoma to Marissa Tiburtini pursuant to Court Order entered on July 8, 2022 (Docket Entry #19). | 1129-000 | $8,500.00 | | $8,500.00 |
| 08/03/22 | | Heath Industrial Auction Services, Inc.<br>3551 Lakeview Drive<br>Algonquin, IL 60102 | Proceeds from Sale of Property<br><br>Auction Sale of<br>2017 Toyota Rav 4 and 2012 BMW 535I | | $27,500.00 | | $36,000.00 |
| | | | Gross Receipts  $27,500.00 | | | | |
| | 10 | | 2017 Toyota Rav 4 VIN:  $16,000.00<br>2T3BFREV0HW594371<br>Unknown KBB trade-in | 1129-000 | | | |
| | 12 | | 2012 BMW 535 VIN:  $11,500.00<br>WBAFU7C54CDU59167<br>Unknown KBB trade-in | 1129-000 | | | |
| 08/05/22 | 19 | Guardian Life Insurance Company of America<br>10 Hudson Yards<br>New York, NY 10001-2159 | Overpayment<br>Check was discovered in mail left at Debtor's office | 1229-000 | $7.33 | | $36,007.33 |
| 08/19/22 | 2001 | Hinsdale Bank & Trust<br>9700 West Higgins Road<br>Suite 650<br>Rosemont | Payment to Secured Creditor<br>Creditor's collateral was sold by Trustee and payment of the secured amount is necessary to obtain the vehicle title for the purchaser.<br>Creditor filed a secured claim- Claim #17- for the payoff amount | 4210-000 | | $1,978.91 | $34,028.42 |
| 08/22/22 | 2002 | Toyota Financial Services<br>P.O. Box 5855<br>Caril Stream, IL 60197 | Payment to Secured Creditor<br>Payoff of secured lien on auto sold at auction pursuant to Court Order.<br>Payoff for 2017 Toyota RAV 4, VIN: 2T3BFREV0HW594371 | 4210-000 | | $12,940.59 | $21,087.83 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.73 | $21,051.10 |

Page Subtotals:                                                                                          $36,007.33       $14,956.23

Case 22-05429    Doc 47    Filed 10/31/22    Entered 10/31/22 13:27:28    Desc Main
              Document      Page 5 of 6

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $36,007.33 | $14,956.23 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $36,007.33 | $14,956.23 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $36,007.33 | $14,956.23 |

| | | |
|---|---:|---:|
| Page Subtotals: | $0.00 | $0.00 |

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0534 - Checking | $36,007.33 | $14,956.23 | $21,051.10 |
|  | $36,007.33 | $14,956.23 | $21,051.10 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $36,007.33 |
| Total Gross Receipts: | $36,007.33 |

Trustee Signature:   /s/ Frank J. Kokoszka, Trustee    Date: 10/31/2022

Frank J. Kokoszka, Trustee
19 South LaSalle Street
Ste 1201
Chicago, IL  60603-1419
312-443-9600
trustee@k-jlaw.com
(312)443-9600
trustee@k-jlaw.com

Page Subtotals:   $0.00   $0.00