# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | | |
|---|---|---|---|
| IN RE: | ) | | |
| | ) | Chapter: | 7 |
| Brightleaf Homes, LLC, | ) | | |
| | ) | Case No: | 22-5429 |
| | ) | | |
| Debtor. | ) | Judge: | Janet S. Baer |

## TRUSTEE'S REPORT OF SALE

Pursuant to F.R.B.P. 6004(f), the trustee hereby reports the results of the sale conducted on October 16, 2023, following the trustee's Motion to Sell Property Free and Clear of Liens, which was granted by Court Order dated September 22, 2023:

| | |
|---|---|
| Assets Sold: | Debtor's 25% membership interest in Grossdale Properties, LLC |
| Sold To: | Grossdale Properties, LLC |
| Price: | $10,000.00 |

Dated this 19th day of October, 2023.

                                                  Frank Kokoszka, Trustee

                                                By:   /s/ *Joshua D. Greene*
                                                            One of his attorneys

Joshua D. Greene
Springer Larsen Greene, LLC
300 S. County Farm Road, Ste. G
Wheaton, IL 60187
(630) 510-0000
jgreene@springerbrown.com

{HFINVEST/001/00038675.DOCX/}